**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ELEMENT BIOSCIENCES, INC. | |
| Plaintiff, | |
| v. | C.A. No. 25-1175-JLH-EGT |
| ILLUMINA, INC., | |
| Defendant. | |

### FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Element Biosciences, Inc. ("Element"), by and through its undersigned counsel, for its First Amended Complaint against Defendant Illumina, Inc. ("Illumina"), alleges as follows:

### THE PARTIES

1.      Plaintiff Element Biosciences, Inc. is a privately held Delaware corporation with its principal place of business at 10055 Barnes Canyon Road, Suite 100, San Diego, California 92121.

2.      Defendant Illumina, Inc. is a Delaware corporation with its principal place of business at 5200 Illumina Way, San Diego, California 92122.

### JURISDICTION & VENUE

3.      This action arises under the patent laws of the United States of America, 35 U.S.C. § 1, et seq.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because this is a civil action arising under the patent laws of the United States.

4.      This Court has personal jurisdiction over Illumina because Illumina is incorporated in the State of Delaware.  Upon information and belief, Illumina has systematic and continuous contacts in this judicial district, regularly transacts business within this district, and regularly avails

itself of the benefits of this district.  Upon information and belief, Illumina also sells, distributes, and supports accused products (and products for practicing accused methods) as well as practices the accused methods in this district and derives substantial revenues from sales in this district.

5.      Venue is proper in this district under 28 U.S.C. § 1400(b) because Illumina is incorporated in the State of Delaware and therefore resides within this district.

### THE PATENTS-IN-SUIT

6.      On December 17, 2013, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 8,612,161 (the "'161 patent"), titled "Methods and Compositions for Base Calling Nucleic Acids."  The named inventors of the '161 patent are Steven Gordon and Phillip A. Veatch.  The '161 patent is attached hereto as Exhibit A.

7.      On March 28, 2017, the USPTO duly and legally issued U.S. Patent No. 9,605,301 (the "'301 patent"), titled "Methods and Solutions for Inhibiting Undesired Cleaving of Labels."  The named inventors of the '301 patent are Jerzy Olejnik, Evan Guggenheim, and Visalakshi Meyyappan.  The '301 patent is attached hereto as Exhibit B.

8.      On March 6, 2018, the USPTO duly and legally issued U.S. Patent No. 9,909,174 (the "'174 patent"), titled "Methods and Compositions for Incorporating Nucleotides."  The named inventors of the '174 patent are Steven Gordon and Jerzy Olejnik.  The '174 patent is attached hereto as Exhibit C.

9.      On May 11, 2021, the USPTO duly and legally issued U.S. Patent No. 11,001,887 (the "'887 patent"), titled "Methods and Compositions for Incorporating Nucleotides."  The named inventors of the '887 patent are Steven Gordon and Jerzy Olejnik.  The '887 patent is attached hereto as Exhibit D.

10.      IsoPlexis Corporation is the owner by assignment of the '161 patent, '301 patent, '174 patent, and '887 patent (collectively, the "Patents-in-Suit").

11.     Element is the exclusive licensee of the Patents-in-Suit pursuant to a license agreement dated March 31, 2023, with PhenomeX Inc. along with its affiliate IsoPlexis Corporation (the "Agreement").

12.     In the Agreement, Element was granted all substantial rights to the Patents-in-Suit.

13.     More particularly, pursuant to the Agreement, Element was granted a sole and exclusive license to make, have made, use, sell, offer for sale, and import products and services worldwide.

14.     Element was further granted the sole and exclusive right to bring an infringement action to enforce any of the Patents-in-Suit, and to solely control the conduct thereof.  Element was also granted the sole and exclusive right: to all causes of action and other enforcement rights under, or on account of, any of the Patents-in-Suit; to all causes of action and other enforcement rights for (i) damages, (ii) injunctive relief, and (iii) any other remedies of any kind for any past, current, and future infringement of the Patents-in-Suit; and to collect royalties or other payments under or on account of any of the Patents-in-Suit.

## ILLUMINA'S INFRINGING PRODUCTS

15.     Illumina sells DNA sequencing systems.  *See* Ex. E (Sequencing platforms, https://www.illumina.com/systems/sequencing-platforms.html).

16.     In combination with Illumina's sequencing systems, Illumina sells "Library Preparation Kits" to prepare DNA fragments for sequencing and "Sequencing Reagent Kits" to immobilize, amplify, and sequence the fragments.

### A.     Overview of Illumina's Sequencing by Synthesis Chemistry

17.     According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology."    Ex. F (2-Channel SBS Technology, https://www.illumina.com/science/technology/next-generation-sequencing/sequencing-

technology/2-channel-sbs.html).   Illumina's sequencing systems are designed to sequence nucleotides using sequencing by synthesis ("SBS") during which nucleotides are detected one-by-one after each labeled nucleotide is incorporated into a growing nucleic acid strand.  This process occurs on a plurality of growing nucleic acid strands, each of which is bound to a glass substrate called a flow cell.

18.    Illumina's sequencing workflow follows the basics steps of library preparation, cluster generation, sequencing, and data analysis.  *See* Ex. G ("Overview of Illumina Sequencing by Synthesis Workflow | XLEAP SBS chemistry" video, available on Illumina's website at https://www.illumina.com/company/video-hub/EDVKxSNdSic.html).

19.    Library preparation involves adding adapters to the ends of the nucleic acid fragments of interest.  These adapters include regions such as sequencing initiation sites, indexes for molecular barcoding, and regions that bind to the flow cell surface.

20.    Cluster generation generally involves amplification of each library fragment molecule to create a cluster of identical copies on the flow cell surface.  Most of Illumina's current sequencing systems utilize patterned flow cells with billions of nanowells etched into the surface of a glass substrate, as shown below:



Ex.     H     (Illumina     Patterned     Flow     Cell     Technology, https://www.illumina.com/science/technology/next-generation-sequencing/sequencing-technology/patterned-flow-cells.html).

21.     The flow cells' nanowells are coated with a multitude of oligonucleotides ("oligos").  Cluster generation begins with library fragments first hybridizing to the surface of the flow cell substrate through the oligos in the nanowells.  After fragments in libraries are so attached, the nucleic acid fragments are replicated into multiple copies such that each well of the flow cell contains clusters with multiple copies of the same nucleic acid fragment fixed to the surface of the nanowell.  Those multiple fragments then act as templates for a SBS reaction.

22.     An illustration of Illumina's "Sequencing by Synthesis Workflow" appears in the following image that shows a cluster located inside a nanowell, with many identical single-stranded nucleic acid molecules bound to the nanowell surface:



Ex. G at 2:13.

23.     Illumina's SBS involves cycles of incorporation of a reversible chain terminating nucleotide that is labeled with a marker like a fluorescent label, detection of which nucleotide was

incorporated by way of the fluorescent label, and subsequent reversal of the chain terminating aspect of the nucleotide along with cleavage of the fluorescent tag. With each cycle, a mix of the reversibly terminating, fluorescently tagged nucleotides are available for incorporation to the growing nucleic acid strand. The process of incorporating is illustrated in a video posted on Illumina's website:



Ex. G at 2:19-2:30. The aim is for only a single fluorescent base—the complementary base to the sequence of the template—to be incorporated in each cycle.

24. Base-by-base addition is accomplished using modified nucleotides referred to as "reversible terminators" with a removable blocking group at the 3' end and a cleavable linker attaching the fluorescent dye. Ex. I (Explore Illumina sequencing technology, https://www.illumina.com/science/technology/next-generation-sequencing/sequencing-technology.html). The dye, linker, and blocking group are depicted in the following graphic of Illumina's modified nucleotides:



Ex. J ("Sequencing by Synthesis with NovaSeq X Series" video, available on Illumina's website at https://www.illumina.com/company/video-hub/s5p0JpR6QfY.html) at 0:33.

25.    After addition of each nucleotide, the clusters are excited with particular wavelengths of light, and a characteristic fluorescent signal is emitted. Ex. G at 2:36-2:45. Each of the fluorescently labeled nucleotides emits a unique fluorescent intensity. The fluorescent signal is detected with a camera. Ex. K (NovaSeq X Series Product Documentation, https://support-docs.illumina.com/IN/NovaSeqX/200027529_09_novaseq-x-series-product-documentation.pdf) at 65 ("RTA4 extracts intensities from images received from the camera").

26.    Emission wavelength and signal intensity determines the base call. Ex. G at 2:54-3:00. Illumina sequencing systems use Real-Time Analysis ("RTA") to extract image intensities, perform base calling, and assign quality scores. *See, e.g.*, Ex. K at 65.

27.    Following image acquisition in a given sequencing cycle, the fluorescent label and removable chemical moiety capping the 3′-OH group are removed to allow incorporation of the next nucleotide. Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added ***and then cleaved to allow incorporation of the next base***.") (emphasis added). The process

of incorporation, detection, and cleavage is repeated for each sequencing cycle, until the desired sequencing read length is achieved.

28.    All identical sequence strands in a given cluster are read simultaneously.  Ex. G at 3:33-3:40.  Additionally, up to billions of clusters are sequenced in a massively parallel process. The below image shows a graphical representation of a small fraction of a flow cell, with identical sequence strands clustered in each nanowell of the flow cell:



*Id*. at 3:44.

29.    Data analysis generally involves separating sequences from pooled libraries based on the unique indexes added during library preparation.  *Id*. at 5:00-5:31.  Various downstream data analysis processes are possible based on the library preparation and sequencing application used.

     **1.**    **Four-Channel Detection vs. Two-Channel Detection**

30.    Illumina's sequencing systems have moved from four-channel to two-channel sequencing chemistry.  *Id*. at 2:59-3:10.  Four-channel detection chemistry uses a mixture of nucleotides labeled with four different fluorescent dyes, with a separate dye for each base:



Ex.    L    (Illumina    CMOS    Chip    and    One-Channel    SBS    Chemistry, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.

31.    Two-channel detection uses two colors and two images to determine all four base calls:



*Id*.

32.     Illumina's two-channel sequencing systems use red and green or blue and green channels, with clusters with intensities in both channels being used for either the A or C nucleotides, depending on the system and chemistry.  *See, e.g.*, Ex. M (Chemistry and Imaging on the NovaSeq X Series Instruments, https://knowledge.illumina.com/instrumentation/novaseq-x-x-plus/instrumentation-novaseq-x-x-plus-reference_material-list/000007970).

### 2.     Standard SBS vs XLEAP-SBS

33.     In 2022, Illumina launched a new SBS chemistry called XLEAP (formerly known as Chemistry X).  Ex. N (Illumina Unveils Revolutionary NovaSeq X Series to Rapidly Accelerate Genomic Discoveries and Improve Human Health, https://www.illumina.com/company/news-center/press-releases/2022/8d04df3f-d9c1-4c85-8177-6ea604627ccd.html).

34.     According to Illumina's website, XLEAP-SBS chemistry is an "update to Illumina's sequencing by synthesis (SBS) chemistry."  Ex. O (Two Channel Chemistry and Imaging on the MiSeq i100 Series, https://knowledge.illumina.com/instrumentation/miseq-i100-series/instrumentation-miseq-i100-series-reference_material-list/000009348); *see also* Ex. M.

35.     Illumina advertises that XLEAP-SBS chemistry includes nucleotides with a novel block and linker, a new polymerase, and faster block cleavage compared to standard SBS.  Ex. J at 0:30-1:00.

### B.     Illumina's Sequencing Systems

36.     Illumina's current sequencing systems include at least the iSeq 100, MiniSeq, MiSeq, MiSeq i100 Series, NextSeq 500/550, NextSeq 1000/2000, NovaSeq 6000, and NovaSeq X Series systems.  *See* Ex. E.

37.     Illumina also offers diagnostic ("Dx") versions of the NovaSeq 6000, NextSeq 550, and MiSeq systems.     Ex.     P     (*In     Vitro*     Diagnostic     (IVD)     Instruments, https://www.illumina.com/systems/ivd-instruments.html).

38.     Illumina's legacy sequencing systems include at least the HiSeq 1500/2500/3000/4000, X Five, and X Ten systems (the "HiSeq Systems"). The HiSeq Systems are currently discontinued, but Illumina provided reagents and full support for these instruments until as recently as March 31, 2024. *See* Ex. Q (End of Life Schedule for HiSeq Platforms, https://knowledge.illumina.com/instrumentation/general/instrumentation-general-faq-list/000006963).

39.     According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. F.

40.     Illumina's sequencing systems use one-, two-, or four-channel chemistry, as shown below:

| Chemistry | Sequencing System |
|---|---|
| One-channel | iSeq 100 System |
| Two-channel | NovaSeq X Series<br>NovaSeq 6000<br>NextSeq Systems<br>MiniSeq Systems<br>MiSeq i100 Series |
| Four-channel | MiSeq System<br>HiSeq Systems |

*See* Ex. R (Sequencing Chemistry, https://support-docs.illumina.com/SHARE/IndexAdaptersPooling/Content/SHARE/IndexAdaptersPooling/SequencingChemistry.htm).

41.     The iSeq 100 is a one-channel system, the MiniSeq, MiSeq i100, NextSeq 500/550, NextSeq 1000/2000, NovaSeq 6000, and NovaSeq X Series systems are two-channel systems, and the MiSeq and HiSeq systems are four-channel systems. *Id.*

42.     XLEAP chemistry is used in Illumina's NovaSeq X and MiSeq i100 systems, and since 2024, the NextSeq 1000/2000 system.  Illumina has announced that standard SBS reagent kits for the NextSeq 1000/2000 system will be obsoleted in 2025.  Ex. S (End of Life Schedule for NextSeq 1000 / 2000 SBS Standard Consumables, https://knowledge.illumina.com/instrumentation/nextseq-1000-2000/instrumentation-nextseq-1000-2000-reference_material-list/000009213).

43.     Illumina has announced discontinuation of the MiSeq and MiniSeq systems and is advertising the MiSeq i100 as the recommended alternative to both of these systems.  *See* Ex. T (Ordering the MiSeq Sequencing System, https://www.illumina.com/systems/sequencing-platforms/miseq/order-miseq.html ("We are making the MiSeq Sequencing System obsolete.  It will be available for order until September 30, 2025. We will continue to provide full system support through December 31, 2029. . . .The MiSeq i100 Series is the recommended alternative.")); Ex. U (Ordering the MiniSeq Sequencing System, https://www.illumina.com/systems/sequencing-platforms/miniseq/order-miniseq.html ("We are making the MiniSeq Sequencing System obsolete. It will be available for order until September 30, 2025. We will continue to provide full system support through December 31, 2029. . . .The MiSeq i100 Series is the recommended alternative.")).

**C.     Illumina's Library Preparation Kits**

44.     Illumina uses and sells Library Preparation Kits that are specifically compatible and marketed for use with one or more of its sequencing systems.  *See, e.g.*, Ex. V (Illumina library preparation solutions, https://www.illumina.com/content/dam/illumina/gcs/assembled-assets/marketing-literature/illumina-library-prep-brochure-m-gl-00033/library-preparation-solutions-brochure-m-gl-00033.pdf); Ex. W (Products for the NovaSeq X Series, https://www.illumina.com/products/by-system/novaseq-x-products.html); Ex. X (Products for the NovaSeq 6000 System, https://www.illumina.com/products/by-system/novaseq-products.html);

Ex. Y (Products for the NextSeq 1000 and NextSeq 2000 Systems, (https://www.illumina.com/products/by-system/nextseq-1000-2000-products.html); Ex. Z (Products for the NextSeq 500 and NextSeq 550 Systems, https://www.illumina.com/products/by-system/nextseq-products.html); Ex. AA (Products for the MiniSeq System, https://www.illumina.com/products/by-system/miniseq-products.html); Ex. BB (Products for the MiSeq System, https://www.illumina.com/products/by-system/miseq-products.html); Ex. CC (Products for the MiSeq i100 Series, https://www.illumina.com/products/by-system/miseq-i100-products.html); Ex. DD (Products for the iSeq 100 System, https://www.illumina.com/products/by-system/iseq-products.html).

45.     According to Illumina's website, at least the following Library Preparation Kits are designed for sequencing nucleic acids and are compatible with the NextSeq 500/550, NextSeq 1000/2000, NovaSeq 6000, and NovaSeq X Series systems:  Illumina DNA PCR-Free Prep, Illumina DNA Prep, Illumina DNA Prep with Enrichment, Illumina DNA Prep with Exome 2.5 Enrichment, Illumina Cell-Free DNA Prep with Enrichment, Illumina Stranded Total RNA Prep with Ribo-Zero Plus, Illumina Ribo-Zero Plus Microbiome rRNA Depletion Kit, Illumina Stranded mRNA Prep, and Illumina RNA Prep with Enrichment.  *See* Ex. V.

46.     At least the following Library Preparation Kits are designed for sequencing nucleic acids and are compatible with the MiniSeq system:  Illumina DNA Prep and Illumina DNA Prep with Enrichment.  *See id*.

47.     At least the following Library Preparation Kits are designed for sequencing nucleic acids and are compatible with the MiSeq/MiSeq Dx system:  Illumina DNA Prep, Illumina DNA Prep with Enrichment, and Illumina RNA Prep with Enrichment.  *See id*.

48.    At least the following Library Preparation Kits are designed for sequencing nucleic acids and are compatible with the MiSeq i100 system:  Illumina DNA Prep, Illumina DNA Prep with Enrichment, and Illumina RNA Prep with Enrichment.  *See* Ex. BB.

49.    At least the following Library Preparation Kits are designed for sequencing nucleic acids and are compatible with the iSeq 100 system:  Illumina DNA Prep and Illumina RNA Prep with Enrichment.  *See* Ex. V.

### D.    Illumina's Sequencing Reagent Kits

50.    Illumina uses and sells Sequencing Reagent Kits that are specifically compatible and marketed for use with one or more sequencing systems.  According to Illumina's website, Illumina sold reagents kits specifically designed for use with the HiSeq Systems until as recently as March 31, 2024 ("HiSeq Reagent Kits").  *See, e.g.*, Ex. Q.

51.    According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the NovaSeq X Series system:  the NovaSeq X Series Reagent Kits (including 1.5B, 10B, and 25B Reagent Kits), and the PhiX Control v3 ("NovaSeq X Reagent Kits").  *See, e.g.*, Ex. EE.

52.    According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the NovaSeq 6000 system:  the NovaSeq 6000 Reagent Kits (including SP, S1, S2, and S4 Reagent Kits), the NovaSeq Xp Workflow, and the PhiX Control v3 ("NovaSeq 6000 Reagent Kits").  *See, e.g.*, Ex. FF.

53.    According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the NextSeq 1000/2000 system:  the NextSeq 1000/2000 Reagent Kits (including P1, P2, and P3 Standard SBS Reagent Kits, and P1, P2, P3 and P4 XLEAP-SBS Reagent Kits), and the PhiX control v3 ("NextSeq 1000/2000 Reagent Kits").  *See, e.g.*, Ex. GG.

54.     According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the NextSeq 500/550 system:  the NextSeq 500/500 v2.5 Kits (including Mid-Output, High-Output, TG Mid-Output, and TG High-Output Reagent Kits), and the PhiX control v3 ("NextSeq 500/550 Reagent Kits").  *See, e.g.*, Ex. HH.

55.     According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the MiniSeq system:  the MiniSeq Reagent Kits (including Mid Output, High Output, and Rapid Reagent Kits) and the PhiX Control v3 ("MiniSeq Reagent Kits").  *See, e.g.*, Ex. II.

56.     According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the MiSeq system:  the MiSeq Reagent Kits v2 (including v2, v3, Micro v2, and Nano v2 Reagent Kits), and the PhiX Control v3 ("MiSeq Reagent Kits").  *See, e.g.*, Ex. JJ.

57.     According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the MiSeq i100 Series system:  the MiSeq i100 Series Reagent Kits v2 (including 5M and 25M Reagent Kits), and the PhiX Control v3 ("MiSeq i100 Reagent Kits").  *See, e.g.*, Ex. KK.

58.     According to Illumina's website, at least the following Sequencing Reagent Kits are specifically designed for use with the iSeq 100 system:  the iSeq Reagent Kits (including i1 Reagent v2 Kits), and the PhiX Control v3 ("iSeq Reagent Kits").  *See, e.g.*, Ex. LL.

## ILLUMINA'S INFRINGEMENT OF THE '161 PATENT

### A.     Direct Infringement of the '161 Patent

59.     Illumina's and its customers' prior and continued use in the United States of Illumina's HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems in combination

with at least one of Illumina's Library Preparation Kits and Sequencing Reagent Kits constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claim 1 of the '161 Patent.

60.    By way of example only, direct infringement of claim 1 by Illumina and its customers' use of the NextSeq 550 system in combination with one of Illumina's compatible Library Preparation Kits and the NextSeq 500/550 Reagent Kits is detailed in paragraphs 73 to 94 below.

61.    The following infringement analysis of the use of the NextSeq 550 system with a compatible Library Preparation Kit and the NextSeq 500/550 Reagent Kits is also representative of the use of the HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeq Dx, MiSeq i100, NextSeq 500/550Dx/1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems, in conjunction with their respective compatible Library Preparation Kits and Sequencing Reagent Kits.   On information and belief, each of these systems utilizes Illumina's RTA workflow to correct the effects of phasing and prephasing in a manner that infringes at least claim 1 of the '161 patent.

62.    Illumina lists U.S. Patent No. 11,676,275 (the '275 patent) on its virtual patent marking website for HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeq Dx, and NextSeq 500/550/550Dx Related    Products.    Ex.    MM    (Illumina    virtual    patent    marking, https://www.illumina.com/company/legal/patents.html).   The '275 patent is titled "Identifying Nucleotides by Determining Phasing."   Ex. NN ('275 patent).   On information and belief, the HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeq Dx, and NextSeq 500/550/550Dx systems practice the methods claimed and disclosed in the '275 patent when used in their normal and intended manner in conjunction with their associated Sequencing Reagent Kits and Library Preparation Kits.

63.    The HiSeq X, NextSeq 1000/2000, and NovaSeq 6000/6000Dx systems utilize Illumina's RTA workflow to correct the effects of phasing and prephasing.  Ex OO (HiSeq X System Guide) at 34-35; Ex. PP (NextSeq 1000/2000 System Overview) at 67; Ex. QQ (NovaSeq 6000 Sequencing System Guide) at 74; Ex. RR (NovaSeq 6000Dx System Overview) at 77.  The MiSeq i100 and NovaSeq X series systems run an implementation of RTA software that "extracts intensities from images received from the camera" and "performs base calling."  Ex. K at 65; Ex. SS (MiSeq i100 Series System Overview) at 65.

64.    Use of the NextSeq 500/550/550Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 550/550Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

65.    Use of the NovaSeq X Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq X Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

66.    Use of the NovaSeq 6000/6000Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000/6000Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

67.    Use of the NextSeq 1000/2000 Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 1000/2000 Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

68.    Use of the MiniSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiniSeq system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

69.    Use of the MiSeq/MiSeqDx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiSeq/MiSeqDx system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

70.    Use of the MiSeq i100 Series Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiSeq i100 Series system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

71.    Use of the iSeq 100 Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the iSeq 100 system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '161 patent.

72.    Use of the HiSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the HiSeq Systems and compatible Library Preparation Kits, constitutes infringement of at least claim 1 of the '161 patent.

### 1.    Infringement of At Least Claim 1 of the '161 Patent

73.    Claim 1 of the '161 patent recites:

A method for determining an identity of a nucleic acid at an interrogation position in a nucleotide sequence from data acquired from one or more channels in parallel, comprising:

a) sequencing a nucleic acid by DNA sequencing by synthesis utilizing nucleotides with fluorescent dyes which are incorporated into a complementary strand,

b) obtaining a data set for one or more dye intensities at one or more nucleic acid positions in said complementary sequence, wherein each dye corresponds to a nucleotide,

c) determining the ratio contribution to dye intensity at said interrogation position from dye intensities at the interrogation position and at one or both of

    i) at least one subsequent nucleic acid positions in said complementary sequence, and

    ii) at least one preceding nucleic acid positions in said complementary sequence, and

d) applying said ratio contribution to said data set to arrive at an identity for a nucleotide at said interrogation position in said nucleotide sequence.

    **(a)    Claim 1 preamble: "A method for determining an identity of a nucleic acid at an interrogation position in a nucleotide sequence from data acquired from one or more channels in parallel, comprising:"**

74.    To the extent this language is considered a limitation, Illumina's website states that "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. F.

75.    The NextSeq 500/550 System documentation confirms that the NextSeq 550 relies on SBS:

> ***At the core of the NextSeq 550 System is proven Illumina sequencing by synthesis SBS chemistry***. This proprietary, reversible terminator–based method enables parallel sequencing of millions of DNA fragments***, detecting single bases as they are incorporated into growing DNA strands***.

Ex. TT (NextSeq 550 System Specification Sheet, https://www.illumina.com/content/dam/illumina/gcs/assembled-assets/marketing-literature/nextseq-550-system-spec-sheet-m-gl-01298/nextseq-550-system-spec-sheet-m-gl-01298.pdf) at 5. The NextSeq 550 is designed to sequence nucleotides using SBS, during which nucleotides are detected one-by-one after each nucleotide is incorporated into a growing nucleic

acid strand. This process occurs on a plurality of growing nucleic acid strands, each of which is bound to a nucleic acid template. The NextSeq 550 performs SBS when used in conjunction with Illumina's Library Preparation Kits and Sequencing Reagent Kits (for example, the "Illumina DNA Prep" Library Preparation Kit and the NextSeq 550 Reagent Kits). Therefore, use of the NextSeq 550 determines the identity of a nucleic acid at an interrogation position in a nucleotide sequence.

76.     The NextSeq 550 is a two-channel sequencing system. Ex. R. The NextSeq 550 system therefore acquires data from one or more channels. The NextSeq 550 uses SBS in a massively parallel fashion. Ex. UU (Introduction to NGS, https://www.illumina.com/science/technology/next-generation-sequencing.html). The NextSeq 550 system therefore acquires data in parallel.

77.     As described previously, Illumina's SBS systems, including the NextSeq 550, work by identifying what nucleotide has been incorporated in each cycle of the reaction, which satisfies identifying a nucleic acid at an interrogation position in a nucleotide sequence from data acquired from one or more channels in parallel.

> **(b)     "a) sequencing a nucleic acid by DNA sequencing by synthesis utilizing nucleotides with fluorescent dyes which are incorporated into a complementary strand,"**

78.     According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. F.

79.     The NextSeq 550 system uses Illumina SBS, a reversible-terminator method with fluorescently labeled nucleotides, to detect single bases as they are incorporated into growing DNA strands. Ex. TT at 5.

80.     Thus, use of the NextSeq 550 system comprises sequencing a nucleic acid by DNA SBS utilizing nucleotides with fluorescent dyes which are incorporated into a complementary strand.

**(c)     "b) obtaining a data set for one or more dye intensities at one or more nucleic acid positions in said complementary sequence, wherein each dye corresponds to a nucleotide,"**

81.     During sequencing on the NextSeq 550, "[c]lusters of nucleic acids are imaged using two-channel sequencing chemistry and filter combinations specific to each of the fluorescently labeled chain terminators.  After imaging of a tile on the flow cell is complete, the next tile is imaged.  The process is repeated for each cycle of sequencing. Following image analysis, the software performs base calling, filtering, and quality scoring."  Ex. VV (NextSeq 500 and NextSeq 550 Sequencing Systems) at 23.  The NextSeq 550 uses an implementation of Illumina's RTA software, which runs directly on the instrument computer.  *Id*. at 75.

82.     During the sequencing reaction, each DNA strand in a cluster extends by one base per cycle, and phasing (when a base falls behind the current cycle) and prephasing (when a base jumps ahead of the current cycle), if they do occur, can occur when a strand becomes out of phase with the current incorporation cycle:

*Id.* at 78.

83.     In each cycle of sequencing, the NextSeq 550 system thus obtains a data set for one or more dye intensities at one or more nucleic acid positions in the sequence.

84.     As described above, the NextSeq 550 system does obtain data for one or more dye intensities at one or more nucleic acid positions in said complementary sequence, wherein each dye corresponds to a nucleotide.

> **(d)     "c) determining the ratio contribution to dye intensity at said interrogation position from dye intensities at the interrogation position and at one or both of"**

85.     Illumina lists the '275 patent on its virtual patent marking website for NextSeq 550 Related Products.  Ex. MM.  The '275 patent is titled "Identifying Nucleotides by Determining Phasing."  Ex. NN.

86.     On information and belief, the NextSeq 550 system practices the methods claims and disclosed in the '275 patent when used in its normal and intended manner in conjunction with the NextSeq 550 Sequencing Reagent Kits and the compatible Library Preparation Kits.

87.    The '275 patent "describes an embodiment wherein a phasing estimation was performed to adjust the observed intensities in a way that reduces the noise created by phased molecules." Ex. NN at 44:16-22.  In this embodiment, phasing and pre-phasing parameters were calculated based on dye intensities at the interrogation position and the preceding and subsequent positions, respectively. *Id*. at 44:23-45:13.  "Once the phasing and pre-phasing parameters were calculated, a phasing matrix was created to model phasing effects…by creating an N×N matrix where N is the total number of cycles. Rows represent cycles and columns represent template termination position." *Id*. at 45:14-27 *see also id*. at 45:28-67, *id*. at claim 20.

> **(i)    "i) at least one subsequent nucleic acid positions in said complementary sequence, and"**

88.    The '275 patent describes estimating a pre-phasing parameter based on intensities at the interrogation position and at least one subsequent nucleic position. *Id*. at 45:9-12.

89.    On information and belief, the NextSeq 550 system determines the ratio contribution to dye intensity at an interrogation position from dye intensities at the interrogation position and at least one subsequent nucleic acid position.

> **(ii)    "ii) at least one preceding nucleic acid positions in said complementary sequence, and"**

90.    The '275 patent describes estimating a phasing parameter based on intensities at the interrogation position and at least one preceding nucleic position. *Id*. at 44:23-45:8.

91.    On information and belief, the NextSeq 550 system determines the ratio contribution to dye intensity at an interrogation position from dye intensities at the interrogation position and at least one preceding nucleic acid position.

> **(e)    "d) applying said ratio contribution to said data set to arrive at an identity for a nucleotide at said interrogation position in said nucleotide sequence."**

92.     The '275 patent describes building a phasing matrix and correcting intensities for a given cycle by applying the inverse of the phasing matrix to the observed intensities for said cycle:

> To phase correct intensities for a given cycle, ***the inverse of the phasing matrix was taken and the matrix row corresponding to the cycle was extracted***. Probabilities less than a threshold of 0.01 were set to 0, thus creating a phasing window which was applied to the vector of observed intensities values. Finally, ***the vector of actual intensities for cycles 1 through N was the product of phasing matrix inverse and observed intensities for cycles 1 through N***.
>
> $$I_a = M^{-1} \times I_o$$

*Id*. at 45:45-67; *see also id*. at claim 20.

93.     The NextSeq 550 system uses an implementation of Illumina's RTA software. Ex. VV at 75.  RTA runs directly on the NextSeq 550 instrument computer and "extracts intensities from images, performs base calling, and assigns a quality score to the base call."  *Id*.  RTA also "corrects the effects of phasing and prephasing, which maximizes the data quality at every cycle throughout the run."  *Id*. at 78.

94.     The NextSeq 550 system, using RTA software, thus corrects the effects of phasing and prephasing by applying the ratio contribution to dye intensity at an interrogation position to a data set to arrive at an identity for a nucleic acid at said interrogation position.

**B.     Indirect Infringement of Claim 1 of the '161 Patent**

95.     Illumina's customers directly infringe at least claim 1 the '161 patent when they use Illumina's iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems, in combination with Illumina's recommended Library Preparation and Sequencing Reagent Kits.  Since at least the date of service or notice of the original complaint in this action, Illumina has been actively inducing infringement by its customers under 35 USC § 271(b) by continuing to sell the iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx,

and NovaSeq X sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits for use in a set and outcome qualified manner as described in material such as user guides and manuals and educational materials that are provided with the accused products. Using the products in these intended ways infringes at least claim 1 of the '161 patent and therefore, Illumina is inducing its customers to infringe claim 1 of the '161 patent by using the identified systems in their normal and intended mode of operation.

96.     Since at least notice or service of the original complaint in this action, Illumina's continued offering of the accused products to its customers with instructions for use as described above has constituted a knowing act to induce infringement by its customers or willful blindness with regards to its customers' underlying infringement of the '161 patent.

97.     Since at least notice or service of the original complaint in this action, Illumina has contributed to infringement by its customers pursuant to 35 U.S.C. § 271(c). Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or importing into the United States the iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits knowing the same to be especially designed and optimized for use in practicing claim 1 of the '161 patent. Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claim 1 of the '161 patent and provides qualified methods and instructions directing their customers to perform infringing methods.

98.     On information and belief, the iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems (including the RTA software, which runs directly on the instrument computer)

and Sequencing Reagent Kits designed for use in these systems, do not have a substantial noninfringing use with respect to claim 1 of the '161 patent. Illumina sells these systems and associated Sequencing Reagent Kits to be exclusively compatible with one another, to be used during sequencing runs wherein the infringing method is performed. These highly specialized products are not staple articles of commerce; they are specifically designed to be used in a manner that infringes the '161 patent. On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '161 patent.

99.    On information and belief, Illumina's continued actions as described herein, after having been put on notice through the original complaint in this action, constitute willful infringement.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,612,161

100.    Element hereby re-alleges and incorporates by reference the allegations contained in the preceding paragraphs 1 through 99 as if fully set forth herein.

101.    The claims of the '161 patent are valid and enforceable.

102.    The claims of the '161 patent are directed to patentable subject matter. The '161 patent is directed to methods, apparatuses, and systems for determining the identity of nucleic acids in nucleotide sequences using, for example, data obtained from sequencing by synthesis methods. Ex. A, Abstract; *id*. at 1:44-50. The methods of the invention include correcting one or more errors or artifacts introduced through the incorporation of nucleotide bases during nucleotide sequencing, such as sequencing by synthesis methods. *Id*. at 1:50-53. These errors or artifacts include sequence lead, sequence lag, spectral crosstalk, light from neighboring spots, and noise resulting from variations in illumination and/or filter responses. *Id*. at 1:53-56.

103.    The '161 patent acknowledges that devices, equations, and computer systems for forming and using arrays of material on a substrate for DNA sequencing were known, but that there was a continued need for methods and compositions for increasing the fidelity of sequencing nucleic acids. *Id.* at 1:26-40.

104.    The invention of the '161 patent contemplates DNA sequencing by synthesis using an automated instrument, as well as methods and compositions useful for sequencing using such an instrument. *Id.* at 28:27-30. Such automated instruments may comprise a flow cell with fluidics ports, a substrate with sequenceable nucleic acid molecules attached to the substrate, reagent and waste reservoirs, a fluidic system connecting the reservoirs to the flow cell, and a detection system interfaced with the flow cell to monitor the incorporation of the nucleotides. *Id.* at 28:30-36; Figures 2-3.

105.    The '161 patent acknowledges that DNA sequencing systems in the art could read the sequence of millions of different single-stranded DNA fragments in parallel by using a polymerase enzyme to incorporate fluorescently labeled DNA nucleotides into the complementary strand one cycle at a time, but incorporation errors shift the phase of some of the templates such that base read outs may lead ahead or lag behind the cycle number. *Id.* at 40:1-8. The '161 patent refers to this as "dephasing."

106.    For example, incorporation of non-terminated nucleotides in a given cycle has the effect of skipping a base, as one or more additional incorporations (of the next bases in the template) will occur in the same cycle. *Id.* at 40:55-57. Thus, the fluorescent measurement for that template will exhibit the dye from a following base rather than the expected base at that cycle number, and that template will continue to exhibit a "lead" even if all future nucleotides are

reversibly terminated. *Id.* at 40:58-62. The '161 patent refers to this type of artifact as "sequence lead."

107. A distinct artifact referred to as "sequence lag" occurs when limited incorporation efficiency results in a small percentage of templates having no base incorporated in a given cycle. *Id.* at 41:25-29. If no nucleotide is incorporated in a given cycle, the site remains available for the next cycle, which has the effect of causing a readout in the next cycle that lags behind the cycle number. *Id.* at 41:40-46.

108. The presence of a lead and lag component creates a cumulative effect that reduces the signal from the expected nucleotide at a given cycle and "spreads" some of the signal forwards and backwards. *Id.* at 44:9-12. As the number of cycles increases, it becomes more and more difficult to directly read the correct base in a given cycle, thereby limiting the effective read length of the template. *Id.* at 44:12-15. This is because as the number of cycles gets larger, lead and lag errors can accumulate and thus increase the possibility of miscalling the correct nucleotide. *Id.* at 40:22-24.

109. The invention of the '161 patent solves this problem by providing specific methods to account for incorporation errors and correct this dephasing by rephasing sequencing data to extend sequencing read lengths. *Id*. at 40:8-11; 40:38-44. For example, data in the '161 patent demonstrates that applying the methods of the invention allowed DNA to be sequenced with high fidelity, and read lengths were not limited by signal decline. *Id.* at 44:16-23; 242:24-52; Figures 33-34.

110. For example, the '161 patent discloses a matrix equation that describes a model for the reduced measured signal resulting from lead and lag effect, which can be applied to rephase sequencing data to correct for sequence lead and lag. *Id.* at 44:30-45:41.

111.    The '161 patent thus provides a new and unconventional way of sequencing DNA samples not found in the prior art.  For example, the '161 patent describes rephasing sequencing data obtained from cycles of sequencing by synthesis by determining the ratio contribution at an interrogation position between the dye intensity of the interrogation position and the dye intensity of subsequent and/or preceding nucleic acid positions to correct for, amongst other things, sequence lead and sequence lag to sequence DNA with high fidelity and increase read lengths.

112.    In addition to providing methods to correct sequence lead and sequence lag, the '161 patent discloses and claims methods that correct for signal noise resulting from the location of a pixel on a solid substrate during sequencing, and spectral crosstalk.

113.    The '161 patent describes "field flattening" as the process of correcting signal noise that is correlated to the signal's position across a solid substrate.  *Id.* at 46:64-66.  The inventors found that during imaging of a solid substrate, variations in illumination and filter response produced spatially correlated patterns in images.  *Id.* at 46:36-39.  The '161 patent discloses and claims a method for removing this spatial correlation between pixel intensity and location of the pixel on the solid substrate.  *Id.* at 46:41-44; *see also* claims 13-19, 31, 34, 37.

114.    The '161 patent describes "spectral crosstalk" as detection of dyes in adjacent color channels.  *Id.* at 50:1-47.  In a four-color fluorescent detection system with one detector channel for each of the four different color dyes, there may be detection of dyes in adjacent color channels due to the fairly broad spectra of the dyes.  *Id.*  For example, when exciting only a green dye, a signal may be visible in both the yellow channel and the green channel.  *Id.*  The '161 patent discloses and claims methods to account for spectral crosstalk.  *Id.* at 50:47-51:42; ; *see also* claims 20-25, 32, 35, 38.

115.     During each cycle of sequencing by synthesis, the signals that are observed in color channels are used to determine the most likely base at that cycle (i.e. base call).  *Id.* at 52:1-5. Because of a number of factors, including those discussed above (sequence lead and lag, signal noise resulting from location of a pixel on a solid substrate, and spectral crosstalk), the brightest color may not be indicative of the most likely base.  *Id.* at 52:6-8.  After correcting for one or more of these artifacts by applying sequence lead/lag compensation, field flattening, and/or spectral crosstalk compensation, a base may be called based on the maximum signal observed.  *Id.* at 52:7-13.

116.     The asserted claims are directed to innovations for determining the identity of nucleic acids at positions in a nucleotide sequence (i.e. making base calls) using an unconventional method involving specific ways of correcting for sequence lead and lag.  *Id.*, claims 1-38.

117.     Independent claim 1 of the '161 patent, for example, recites:

A method for determining an identity of a nucleic acid at an interrogation position in a nucleotide sequence from data acquired from one or more channels in parallel, comprising:

a) sequencing a nucleic acid by DNA sequencing by synthesis utilizing nucleotides with fluorescent dyes which are incorporated into a complementary strand,

b) obtaining a data set for one or more dye intensities at one or more nucleic acid positions in said complementary sequence, wherein each dye corresponds to a nucleotide,

c) determining the ratio contribution to dye intensity at said interrogation position from dye intensities at the interrogation position and at one or both of

i) at least one subsequent nucleic acid positions in said complementary sequence, and

ii) at least one preceding nucleic acid positions in said complementary sequence, and

d) applying said ratio contribution to said data set to arrive at an identity for a nucleotide at said interrogation position in said nucleotide sequence.

118.    Dependent claims provide further specificity regarding application of a sequence lead-lag compensation equation to the ratio contribution to dye intensity at a plurality of positions in the sequence, including intensities measured at positions in the sequence and ratio contributions to intensity at nucleic acid positions in the sequence from dyes at other positions in the sequence. *See, e.g., id.*, claims 8-11, 27-30.

119.    The innovations in the '161 patent claims are specific, and were not conventional, well-understood, or routine.  Indeed, the USPTO found the '161 claims patentable over certain prior art.  Ex. CCC (August 21, 2012 Office Action).

120.    As one example, the USPTO determined that the "prior art does not teach determining the ratio contribution at an interrogation position between the probe intensity of the interrogation position and the probe intensity of subsequent nucleic acid position and/or preceding subsequence nucleic acid position, where the intensity are obtained from parallel DNA sequencing by synthesis using fluorescent probes."  *Id.* at 5.

121.    Thus, according to the USPTO, at least claim element 1(c) (determining the ratio contribution to dye intensity at the interrogation position from dye intensities at the interrogation position and at one or both of the subsequent and/or preceding nucleic acid positions), in combination with other elements cited in the claims, was not present in the cited prior art.  *Id.*  It is therefore not conventional, routine, nor well-understood, as shown by the USPTO's determination.

122.    Claim element 1(c) (determining the ratio contribution to dye intensity at the interrogation position from dye intensities at the interrogation position and at one or both of the subsequent and/or preceding nucleic acid positions) appears in each of dependent claims 2-25, which depend from claim 1.

123.    This claim element further appears in independent claim 26 (claim element 26(b)) and dependent claims 27-32 which depend from claim 26.

124.    During prosecution, the USPTO rejected earlier iterations of issued claims 1 and 26 as directed to non-statutory abstract ideas.  Ex. CCC at 3-5.

125.    Applicants amended pending claims 1 and 27 to overcome the 35 U.S.C. §101 rejections.  Ex. DDD (November 21, 2012 Response to Final Rejection) at 2, 9-10, 19.:

126.    Following this amendment, the USPTO allowed the claims.  In allowing the claims, the USPTO confirmed that identifying nucleotides using sequencing by synthesis and the ratio analysis of the '161 patent claims was a non-obvious technical improvement over the cited prior art.  *See* Ex. EEE (Notice of Allowance) at 2.

127.    The USPTO allowed the claims to issue because they are not directed to abstract ideas.

128.    In particular, in allowing the claims the examiner found that the specific steps of the method of obtaining data from cycles of sequencing by synthesis and then performing correction factors to that data by determining the ratio contribution at an interrogation position between the dye intensity of the interrogation position and the dye intensity of subsequent and/or preceding nucleic acid positions was not unpatentable subject matter.

129.    Independent claims 1 and 26, and dependent claims therefrom, are therefore directed to specific methods that improve the identification of nucleic acids in a nucleotide sequence during sequencing by synthesis.

130.    Claims 1 and 26, and dependent claims therefrom, are directed to the creation of something physical, namely the identification of nucleic acids in a nucleotide sequence from data acquired during cycles of sequencing by synthesis.

131.    Identifying nucleic acids at interrogation positions in a nucleotide sequence using the inventive ratio contribution to dye intensity analysis was not well-understood, routine, or conventional, as it is directed to improvements in sequencing fidelity and read length, including improvements in identifying nucleotides that would otherwise not be identifiable due to signal decline from sequence lead and lag.  The claims are not directed to the mere result or effect that itself is an abstract idea.

132.    Independent claims 33 and 36 are directed to an apparatus and system, respectively, for processing data for nucleic acids to determine an identity of a nucleic acid at an interrogation position in a nucleotide sequence in during sequencing by synthesis.  Ex. A, claims 33, 36.

133.    As with claims 1 and 26, claims 33 and 36, and dependent claims therefrom, are directed to specific means for improving the identification of nucleic acids in a nucleotide sequence during sequencing by synthesis.

134.    Claims 33 and 36 provide structural implementations of a sequence lead-lag compensation equation to correct for sequence lead and sequence lag.  *Id.*  The claims are thus directed to the creation of something physical, apparatuses or systems that process data to identify nucleic acids in a nucleotide sequence from data acquired during cycles of sequencing by synthesis.

135.    In addition to the above unconventional and innovative elements, dependent claims add further inventive concepts and unconventional capabilities that further improve sequencing fidelity.  For example, dependent claims 13-19, 31, 34, and 37 further recite "field flattening of background data."  *Id.*, claims 13-19, 31, 34, 37.  By way of further example, dependent claims 20-25, 32, 35, and 38 further recite "reducing spectral crosstalk."  *Id.*, claims 20-25, 32, 35, 38.

136.    Dependent claims 13-25, 31-32, 34-35, and 37-38 therefore provide further specificity regarding methods for determining the identity of nucleic acids by field flattening of background data or reducing spectral crosstalk in addition to determining the ratio contribution at an interrogation position between the dye intensity of the interrogation position and the dye intensity of subsequent and/or preceding nucleic acid positions.

137.    Dependent claims 13-25, 31-32, 34-35, and 37-38 are directed to specific means or methods that improve the identification of nucleic acids in a nucleotide sequence during sequencing by synthesis.  These claims are not directed to the mere result or effect that itself is an abstract idea.

138.    Not only are the elements identified above unconventional and innovative, but the ordered combination of the elements of each of the '161 patent claims recites an invention that is not routine or conventional, including as shown by the prosecution history of the '161 patent.

139.    The elements of the '161 patent claims, individually and as an ordered combination, present an innovative method for sequencing DNA that was not conventional, routine nor well-understood.

140.    Illumina itself has represented to the USPTO that methods including calculation of fractions to address phasing issues in determining the identity of a nucleotide during sequencing are patent eligible subject matter under 35 U.S.C. §101.

141.    In 2023, 15 years after the priority date for the '161 patent, Illumina obtained patent claims directed to methods of base calling a nucleotide during sequencing that include calculating the fraction of labeled nucleotides that are out of phase and identifying nucleotides based on the fraction of labeled nucleotides that are out of phase. *See, e.g.*, Ex. NN claims 16-24.

142.    Even in 2023, Illumina recognized the technological improvements to sequencing-by-synthesis of such methods: "the vast size and quantity of sequence information obtained through [sequencing-by synthesis] methods can limit the speed and quality of analysis of sequence data.  Thus, there is a need for methods and systems which improve the speed and accuracy of analysis of nucleic acid sequencing data." *See, e.g.*, Ex. NN, 1:97-2:4.

143.    Many claims of Illumina's '275 patent are less specific than the claims of the '161 patent.

144.    Illumina lists the '275 patent on its virtual patent marking website for HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeq Dx, and NextSeq 500/550/550Dx Related Products.  Ex. MM.

145.    Illumina and its customers have directly infringed and continue to directly infringe at least claim 1 of the '161 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using at least the HiSeq, iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems in combination with Library Preparation Kits, and Sequencing Reagent Kits within the United States.  Specifically, Illumina has used the accused methods and systems in the United States in connection with research, development, installation, testing, and qualification activities.  Illumina's customers have used the accused methods in the United States in connection with at least DNA sequencing activities.

146. Illumina has had knowledge of the '161 patent since at least the date of service or notice of the original complaint in this action.

147. Since at least the date of service or notice of the original complaint in this action, Illumina has and will continue to actively induce others to infringe at least claim 1 of the '161 patent in violation of 35 U.S.C. § 271(b) by, at least, causing, instructing, urging, encouraging, and/or aiding others to directly infringe at least claim 1 of the '161 patent by using at least the iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits to perform the claimed methods, as detailed in paragraphs 59 to 99, above.

148. On information and belief, Illumina has acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '161 patent since at least the date of service or notice of the original complaint in this action.

149. Illumina is liable for contributory infringement of the '161 patent pursuant to 35 U.S.C. § 271(c). Specifically, Illumina has contributed to the infringement by its customers of the '161 patent by selling and offering to sell within the United States sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits for practicing the claimed invention of the '161 patent, including at least the iSeq 100, MiniSeq, MiSeq/MiSeqDx, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems, as well as their compatible Library Preparation Kits and Sequencing Reagent Kits, as described in paragraphs 59 to 99 above. The aforementioned products, which are designed, supplied and supported by Illumina, constitute a material part of the claimed invention of the '161 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

150.    On information and belief, Illumina's infringement of the '161 patent has been willful and deliberate since at least as of the date of service of the original complaint in this action.

151.    Illumina's infringement of the '161 patent has injured Element in its business and property rights.  Element is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

152.    Illumina's infringement of the '161 patent has caused irreparable harm to Element and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## ILLUMINA'S INFRINGEMENT OF THE '301 PATENT

### A.    Direct Infringement of the '301 Patent

153.    Element hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 58 as if fully set forth herein.

154.    Illumina's and its customers' prior and continued use in the United States of Illumina's NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems in combination with at least one of Illumina's Library Preparation Kits and Sequencing Reagent Kits constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claim 1 of the '301 patent.

155.    By way of example only, direct infringement of claim 1 by Illumina and its customers' use of the NovaSeq X Series system in combination with one of Illumina's compatible Library Preparation Kits and the NovaSeq X Reagent Kits is detailed in paragraphs 161 to 199 below.  *See* Ex. V; Ex. YY (NovaSeq X and NovaSeq X Plus Sequencing Systems Specification Sheet,    https://www.illumina.com/content/dam/illumina/gcs/assembled-assets/marketing-literature/novaseq-x-series-spec-sheet-m-us-00197/novaseq-x-series-specification-sheet-m-us-00197.pdf).

156.    The following infringement analysis of the use of the NovaSeq X Series system with a compatible Library Preparation Kit and the NovaSeq X Sequencing Reagent Kits is also representative of the use of the NextSeq 1000/2000 and NovaSeq 6000/6000Dx systems, in conjunction with their respective compatible Library Preparation Kits and Sequencing Reagent Kits.

157.    Illumina lists U.S. Patent No. 11,787,831 (the "'831 patent") on its virtual patent marking website for NovaSeq X, NovaSeq 6000, and NextSeq 1000/2000 Related Products. Ex. MM. The '831 patent is titled "Nucleosides and nucleotides with 3′ acetal blocking group." Ex. WW ('831 patent). On information and belief, at least the NovaSeq X, NovaSeq 6000, and NextSeq 1000/2000 systems practice the methods claimed and disclosed in the '831 patent when used in their normal and intended manner in conjunction with their associated Sequencing Reagent and Library Preparation Kits.

158.    Use of the NovaSeq X Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq X Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '301 patent.

159.    Use of the NextSeq 1000/2000 Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 1000/2000 Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '301 patent.

160.    Use of the NovaSeq 6000/6000Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000/6000Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '301 patent.

### 1.    Infringement of At Least Claim 1 of the '301 Patent

161.    Claim 1 of the '301 patent recites:

A method of incorporating labeled nucleotides into nucleic acid, comprising:

> a) providing i) a reaction chamber comprising plurality of nucleic acid template molecules bound to a solid support, ii) a first solution comprising polymerase and a plurality of nucleotide analogues selected from the group consisting of dCTP, dTTP, dUTP, dATP and dGTP, wherein each nucleotide analogue comprises a unique label attached through a cleavable linker, and wherein each nucleotide analogue contains a removable chemical moiety capping the 3′-OH group, iii) a second solution comprising a cleaving agent, and iv) a cleaving agent scavenger;

> b) introducing said first solution into said reaction chamber under conditions wherein a first nucleotide analogue is incorporated by said polymerase;

> c) detecting the label of the incorporated nucleotide analogue;

> d) introducing said second solution into said reaction chamber under conditions such that the chemical moiety of the incorporated nucleotide analogue capping the 3′-OH group is removed and said cleavable linker is cleaved by said cleaving agent; and

> e) introducing said cleaving agent scavenger into said reaction chamber under conditions so as to scavenge said cleaving agent.

### (a)    Claim 1 preamble: "A method of incorporating labeled nucleotides into nucleic acid, comprising:"

162.    According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology."  Ex. F.  During sequencing on Illumina's systems, "[a] fluorescently labeled reversible terminator is imaged as each dNTP is added and then cleaved

to allow incorporation of the next base." Ex. I. Thus, sequencing on all of Illumina's sequencing systems involves incorporating labeled nucleotides into nucleic acid.

163.    Illumina's NovaSeq X Series product documentation further confirms that the NovaSeq X Series "[u]ses XLEAP-SBS chemistry, an update to Illumina SBS chemistry." Ex. K at 21. The NovaSeq X is designed to sequence nucleotides using SBS, during which labeled nucleotides are detected one-by-one after each nucleotide is incorporated into a growing nucleic acid strand. The NovaSeq X performs SBS when used in conjunction with Illumina's Library Preparation Kits and Sequencing Reagent Kits.

164.    Thus, use of the NovaSeq X Series systems incorporates labeled nucleotides into nucleic acid.

> **(b)**    **"a) providing"**
>
> > **(i)**    **"i) a reaction chamber comprising plurality of nucleic acid template molecules bound to a solid support,"**

165.    Use of the NovaSeq X Series system requires a flow cell (*e.g.*, the 10B, 25B, and 1.5B flow cells that are part of the NovaSeq X Sequencing Reagent Kits) that forms a reaction chamber comprising plurality of nucleic acid template molecules bound to a solid support.

166.    For example, Illumina's NovaSeq X Series product documentation describes the reaction chambers formed within the NovaSeq X flow cells:

> The NovaSeq X Series 10B Flow Cell, NovaSeq X Series 25B Flow Cell, and NovaSeq X Series 1.5B Flow Cell are patterned flow cells encased in plastic cartridges. ***The flow cell is a glass-based substrate containing billions of nanowells in an ordered arrangement, which increases the number of output reads and sequencing data. Clusters are generated in the nanowells from which sequencing is then performed***. … The undersides of the NovaSeq X Series 10B Flow Cell and NovaSeq X Series 25B Flow Cell contain one inlet gasket and eight outlet gaskets. The underside of the NovaSeq X Series 1.5B Flow Cell contains one inlet gasket and two outlet gaskets. ***Reagents enter the flow cell lanes through***

>*the gasket on the inlet end of the flow cell. Reagents are expelled from the lanes through the gaskets at the outlet end*.

Ex. K at 21 (emphases added).  Clusters of nucleic acid templates are generated in the nanowells etched into the glass substrate, and sequencing reagents are flowed through the flow cell during the sequencing run.

167.    During cluster generation, DNA molecules are bound to nanowells etched into the surface of the flow cell and simultaneously amplified to form clusters.  The lanes of the flow cell are coated with oligos complementary to the library adapter sequencing, allowing the library to adhere to the flow cell for a sequencing run.  *See id.* at 5.  The flow cell contains inlet and outlet gaskets, allowing reagents to enter and exit the flow cell reaction chamber.  *Id*. at 21.

168.    The NovaSeq X flow cells thus provide a reaction chamber comprising plurality of nucleic acid template molecules bound to a solid support.

**(ii)    "ii) a first solution comprising polymerase and a plurality of nucleotide analogues selected from the group consisting of dCTP, dTTP, dUTP, dATP and dGTP, wherein each nucleotide analogue comprises a unique label attached through a cleavable linker, and wherein each nucleotide analogue contains a removable chemical moiety capping the 3′-OH group,"**

169.    Sequencing using Illumina's XLEAP SBS chemistry "begins with the extension of the first sequencing primer to produce the first read.  With each cycle, a mix of fluorescently tagged nucleotides are available for addition to the growing chain."  *See* Ex. G at 2:19-2:30.  As depicted in the Overview of Illumina Sequencing by Synthesis Workflow video, at least Adenine, Cytosine, and Thymine nucleotides with unique labels are available for addition into the growing chain:



Ex. G at 2:24; *see also* Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added and then cleaved to allow incorporation of the next base. Since ***all four reversible terminator-bound dNTPs are present during each sequencing cycle***, natural competition minimizes incorporation bias.") (emphasis added).

170.    A single fluorescent base (complementary to the sequence of the template) is incorporated by the polymerase, shown in orange, in each cycle. Here, the fluorescently labeled Adenine nucleotide is incorporated complementary to the Thymine nucleotide in the template:



Ex. G at 2:31.

171.    Illumina's XLEAP-SBS nucleotide analogues comprise a unique label (X-DYE) attached through a cleavable linker (X-LINKER), and each nucleotide analogue contains a removable chemical moiety capping the 3'-OH group (X-BLOCK):



Ex. J at 0:33.

172.    After addition of each labeled nucleotide, the clusters are excited and a fluorescent signal is emitted.  Ex. G at 2:36-2:45.  The NovaSeq X Series systems image clusters using two-channel chemistry, one green channel and one blue channel, to encode data for all four nucleotides. Ex. K at 6.

173.    At least the Adenine, Thymine, and Cytosine nucleotide analogues comprise a unique fluorescent label or dye.  Incorporated Thymine nucleotides emit light detected primarily in the green channel.  Incorporated Adenine nucleotides emit light detected primarily in the blue channel, while incorporated Cytosine nucleotides emit light detected sufficiently in both the green and blue channels:



Ex. M.

174.    Thus, use of the NovaSeq X Series systems provides a first solution comprising polymerase and a plurality of nucleotide analogues selected from the group consisting of dCTP, dTTP, dUTP, dATP and dGTP, wherein each nucleotide analogue in the plurality comprises a unique label attached through a cleavable linker, and wherein each nucleotide analogue contains a removable chemical moiety capping the 3′-OH group.

(iii)    **"iii) a second solution comprising a cleaving agent, and"**

175.    Following image acquisition in a given Illumina SBS cycle, the fluorescent label and removable chemical moiety capping the 3′-OH group are cleaved to allow incorporation of the next nucleotide.  Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added ***and then cleaved to allow incorporation of the next base***.") (emphasis added).

176.    Cleavage is accomplished by use of a cleaving agent.  For example, Illumina lists the '831 patent on its virtual patent marking website for NovaSeq X Related Products.  Ex. MM. The '831 patent claims a method of determining the sequence of a single-stranded polynucleotide, comprising "chemically removing the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy polynucleotide strand."  Ex. WW at claim 24.

177.    The '831 patent also claims kits comprising palladium ("Pd") catalysts.    *Id.* at claims 30-34.  The '831 patent specification describes a palladium catalyst cleaving agent, and states that in some embodiments of the claimed method "the cleavage solution (also called cleavage mix) comprises a Pd catalyst described herein."  *See, e.g.*, *id.* at 38:32-44; *id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").

178.    According to Illumina U.S. Patent No. 11,584,962 (the "'962 patent"), as of at least 2019, "sequencing protocols for Illumina, Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, *a deblocking composition*, and a universal wash composition" where the "***deblocking composition comprises a cleavage agent***."  Ex. XX ('962 patent) at 23:62-24:4 (emphases added).  As described, the deblocking composition comprising a cleaving agent is separate from the incorporation composition comprising the polymerase and labeled nucleotides.

179.    On information and belief, at least the NovaSeq X Series system practices the methods claimed and disclosed in the '831 patent, including determining the sequence of a polynucleotide by steps including chemically removing, or cleaving, the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy nucleotide strand via a cleaving agent provided in a second solution.

180.    Thus, use of the NovaSeq X Series systems provides a second solution comprising a cleaving agent.

### (iv)    "iv) a cleaving agent scavenger;"

181.    Following cleavage of the fluorescent label and deblocking in a given Illumina SBS cycle, a post-cleave wash step occurs, wherein the wash solution includes a cleaving agent scavenger.  According to Illumina's '962 patent, as of 2019, "sequencing protocols for Illumina,

Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, a deblocking composition, and a universal wash composition. … ***The universal wash composition is used following deblocking in as [sic] step referred to as a post-cleave wash ("PCW"). In some instances, lipoic acid is included as a scavenger***." Ex. XX at 23:62-24:4 (emphasis added).  On information and belief, sequencing on the NovaSeq X Series includes a post cleave wash step with a cleaving agent scavenger.

182.    By way of further example, Illumina lists the '831 patent on its "virtual patent marking website" for NovaSeq X Related Products.  Ex. MM.  The '831 patent claims kits comprising Pd scavengers.  *See, e.g.*, Ex. WW at claims 26, 28-29, 33-34, 36.  The '831 patent specification describes use of Pd scavenger compounds in a post-cleavage wash composition.  *See, e.g.*, *id*. at 40:4-19.  The '831 patent describes Pd catalysts as a cleaving agent in certain embodiments.  *Id*. at 38:32-44; *see also id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").  The '831 patent therefore describes and claims Pd being used as a cleaving agent and a Pd scavenger would consequently be a cleaving agent scavenger.

183.    On information and belief, use of the NovaSeq X Series systems provides a cleaving agent scavenger.

> **(c)**    **"b) introducing said first solution into said reaction chamber under conditions wherein a first nucleotide analogue is incorporated by said polymerase;"**

184.    As described above, Illumina's NovaSeq X Series product documentation describes how sequencing reagents, including the first solution comprising polymerase and labeled nucleotides, enter the flow cell reaction chamber through an inlet gasket:

> The NovaSeq X Series 10B Flow Cell, NovaSeq X Series 25B Flow Cell, and NovaSeq X Series 1.5B Flow Cell are patterned flow cells encased in plastic cartridges. … The undersides of the NovaSeq X

> Series 10B Flow Cell and NovaSeq X Series 25B Flow Cell contain one inlet gasket and eight outlet gaskets. The underside of the NovaSeq X Series 1.5B Flow Cell contains one inlet gasket and two outlet gaskets. ***Reagents enter the flow cell lanes through the gasket on the inlet end of the flow cell.*** Reagents are expelled from the lanes through the gaskets at the outlet end.

Ex. K at 21 (emphasis added).

185.    A sequencing run on a NovaSeq X Series system "begins with the extension of the first sequencing primer to produce the first read.  With each cycle, a mix of fluorescently tagged nucleotides are available for addition to the growing chain." *See* Ex. G at 2:19-2:30.

186.    A single fluorescent base (complementary to the sequence of the template) is incorporated by the polymerase, shown in orange, in each cycle.  Here, the fluorescently labeled Adenine nucleotide is incorporated complementary to the Thymine nucleotide in the template:



Ex. G at 2:31.

187.    Thus, use of the NovaSeq X Series systems comprises introducing said first solution into said reaction chamber under conditions wherein a first nucleotide analogue is incorporated by said polymerase.

> **(d)**     **"c) detecting the label of the incorporated nucleotide analogue;"**

188.    After addition of each nucleotide, the clusters are excited and a fluorescent signal is emitted.  Ex. G at 2:36-2:45.  Each of the fluorescently labeled nucleotides emits a unique fluorescent intensity making it identifiable.  The fluorescent signal is detected with a camera.  Ex. K at 65 ("RTA4 extracts intensities from images received from the camera").

189.    The NovaSeq X Series systems use images captured in two channels, one green channel and one blue channel, to encode data for all four nucleotides.  *Id*. at 6.  At least the Adenine, Thymine, and Cytosine nucleotide analogues comprise a unique fluorescent label or dye.  Incorporated Thymine nucleotides emit light detected primarily in the green channel.  Incorporated Adenine nucleotides emit light detected primarily in the blue channel, while incorporated Cytosine nucleotides emit light detected sufficiently in both the green and blue channels:



Ex. M.

190.    Thus, use of the NovaSeq X Series systems comprises detecting the label of the incorporated nucleotide analogue.

> **(e)**     **"d) introducing said second solution into said reaction chamber under conditions such that the chemical moiety of the incorporated nucleotide analogue capping the 3′-OH group is**

removed and said cleavable linker is cleaved by said cleaving agent; and"

191.    Following image acquisition in a given Illumina SBS cycle, the fluorescent label and removable chemical moiety capping the 3′-OH group are cleaved to allow incorporation of the next base.  Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added *and then cleaved to allow incorporation of the next base*.") (emphasis added).  As described above, Illumina's NovaSeq X Series product documentation describes how sequencing reagents, including the solution comprising reagents to cleave the fluorescent label and chemical moiety capping the 3′-OH group, enter the flow cell reaction chamber through an inlet gasket.  Ex. K at 21.

192.    Cleavage is accomplished by use of a cleaving agent.  For example, Illumina lists the '831 Patent on its virtual patent marking website for NovaSeq X Related Products.  Ex. MM.  The '831 patent claims a method of determining the sequence of a single-stranded polynucleotide, comprising "chemically removing the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy polynucleotide strand."  Ex. WW at claim 24.

193.    The '831 patent also claims kits comprising Pd catalysts.  *Id*. at claims 30-34.  The '831 patent specification describes a Pd catalyst cleaving agent, and states that in some embodiments of the claimed method "the cleavage solution (also called cleavage mix) comprises a Pd catalyst described herein."  *See, e.g.*, *id*. at 38:32-44; *see also id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").

194.    As of at least 2019, "sequencing protocols for Illumina, Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, *a deblocking composition*,

and a universal wash composition" where the "*deblocking composition comprises a cleavage agent*." Ex. XX at 23:62-24:4 (emphases added).

195.    On information and belief, at least the NovaSeq X Series system practices the methods claimed and disclosed in the '831 patent, including the step of cleaving the detectable label and removing the 3′-OH blocking group from the nucleotide via a cleaving agent provided in a second solution.

196.    Thus, use of the NovaSeq X Series comprises introducing said second solution into said reaction chamber under conditions such that the chemical moiety of the incorporated nucleotide analogue capping the 3′-OH group is removed and said cleavable linker is cleaved by said cleaving agent.

> **(f)    "e) introducing said cleaving agent scavenger into said reaction chamber under conditions so as to scavenge said cleaving agent."**

197.    Following cleavage of the label and deblocking in a given Illumina SBS cycle, a post-cleave wash step occurs, wherein the wash solution may include a cleaving agent scavenger. According to Illumina's '962 patent, as of 2019, "sequencing protocols for Illumina, Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, a deblocking composition, and a universal wash composition. … *The universal wash composition is used following deblocking in as step referred to as a post-cleave wash ("PCW"). In some instances, lipoic acid is included as a scavenger*." Ex. XX, 23:62-24:4 (emphasis added).  On information and belief, sequencing on the NovaSeq X Series includes a post cleave wash step with a cleaving agent scavenger.

198.    By way of example, Illumina lists the '831 patent on its "virtual patent marking website" for NovaSeq X Related Products. Ex. MM.  The '831 patent claims kits comprising Pd scavengers.  *See, e.g.*, Ex. WW at claims 26, 28-29, 33-34, 36.  The '831 patent specification

describes use of Pd scavenger compounds in a post-cleavage wash composition. *See, e.g.*, *id*. at 40:4-19. The '831 patent describes Pd catalysts as a cleaving agent in certain embodiments. *Id*. at 38:32-44; *see also id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").

199.    On information and belief, use of the NovaSeq X Series systems comprises introducing said cleaving agent scavenger into said reaction chamber under conditions so as to scavenge said cleaving agent.

### B.    Indirect Infringement of Claim 1 of the '301 Patent

200.    Illumina's customers directly infringe at least claim 1 the '301 patent when they use Illumina's NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems, in combination with Illumina's recommended Library Preparation and Sequencing Reagent Kits. Since at least the date of service or notice of the original complaint in this action, Illumina has been actively inducing infringement by its customers under 35 USC § 271(b) by continuing to sell the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits for use in a set and outcome qualified manner as described in material such as user guides and manuals and educational materials that are provided with the accused products. Using the products in these intended ways infringes at least claim 1 of the '301 patent and therefore, Illumina is inducing its customers to infringe claim 1 of the '301 patent by using the identified systems in their normal and intended mode of operation.

201.    Since at least notice or service of the original complaint in this action, Illumina's continued offering of the accused products to its customers with instructions for use as described above has constituted a knowing act to induce infringement by its customers or willful blindness with regards to its customers' underlying infringement of the '301 patent.

202.    Since at least notice or service of the original complaint in this action, Illumina has contributed to infringement by its customers pursuant to 35 U.S.C. § 271(c).  Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or importing into the United States the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits knowing the same to be especially designed and optimized for use in practicing claim 1 of the '301 patent.  Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claim 1 of the '301 patent and provides qualified methods and instructions directing their customers to perform infringing methods.

203.    On information and belief, the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X sequencing systems and Sequencing Reagent Kits designed for use in these systems, do not have a substantial noninfringing use with respect to claim 1 of the '301 patent.  Illumina sells these systems and associated Sequencing Reagent Kits to be exclusively compatible with one another, to be used during sequencing runs wherein the infringing method is performed.  These highly specialized products are not staple articles of commerce; they are specifically designed to be used in a manner that infringes the '301 patent.  On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '301 patent.

204.    On information and belief, Illumina's continued actions as described herein, after having been put on notice through the original complaint in this action, have constituted willful infringement.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 9,605,301**

205.     Element hereby re-alleges and incorporates by reference the allegations contained in the preceding paragraphs 1 through 58 and 153 through 204 as if fully set forth herein.

206.     Illumina and its customers have directly infringed and continue to directly infringe at least claim 1 of the '301 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using at least the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems in combination with Library Preparation Kits, and Sequencing Reagent Kits within the United States.  Specifically, Illumina has used the accused methods and systems in the United States in connection with research, development, installation, testing, and qualification activities.  Illumina's customers have used the accused methods in the United States in connection with at least DNA sequencing activities.

207.     Illumina has had knowledge of the '301 patent since at least the date of service or notice of the original complaint in this action.

208.     Since at least the date of service or notice of the original complaint in this action, Illumina has and will continue to actively induce others to infringe at least claim 1 of the '301 patent in violation of 35 U.S.C. § 271(b) by, at least, causing, instructing, urging, encouraging, and/or aiding others to directly infringe at least claim 1 of the '301 patent by using at least the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits to perform the claimed methods, as detailed in paragraphs 153 to 204, above.

209.     On information and belief, Illumina has acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '301 patent since at least the date of service or notice of the original complaint in this action.

210.    Illumina is liable for contributory infringement of the '301 patent pursuant to 35 U.S.C. § 271(c).  Specifically, Illumina has contributed to the infringement by its customers of the '301 patent by selling and offering to sell within the United States sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits for practicing the claimed invention of the '301 patent, including at least the NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems, as well as their compatible Library Preparation Kits and Sequencing Reagent Kits, as described in paragraphs 153 to 204, above.  The aforementioned products, which are designed, supplied and supported by Illumina, constitute a material part of the claimed invention of the '301 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

211.    On information and belief, Illumina's infringement of the '301 patent has been willful and deliberate since at least as of the date of service of the original complaint in this action.

212.    Illumina's infringement of the '301 patent has injured Element in its business and property rights.  Element is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

213.    Illumina's infringement of the '301 patent has caused irreparable harm to Element and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## ILLUMINA'S INFRINGEMENT OF THE '174 PATENT

### A.    Direct Infringement of the '174 Patent

214.    Element hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 58 as if fully set forth herein.

215.    Illumina sells DNA sequencing systems that it describes as "two-channel" sequencing systems.  *See* Ex. F.

216.    In combination with Illumina's "two-channel" sequencing systems, Illumina sells "Library Preparation Kits" to prepare DNA fragments for sequencing and "Sequencing Reagent Kits" to immobilize, amplify, and sequence the fragments.

217.    As described below, use of Illumina's "two-channel" sequencing systems in combination with Illumina's "Library Preparation Kits" and "Sequencing Reagent Kits" in the United States by Illumina and its customers constitutes direct infringement of at least claim 1 of the '174 patent.

218.    Illumina's and its customers' prior and continued use in the United States of Illumina's "two channel" sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems) in combination with Illumina's Library Preparation Kits and Sequencing Reagent Kits constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claim 1 of the '174 patent.

219.    By way of example only, direct infringement of claim 1 by Illumina and its customers' use of the NovaSeq X Series system in combination with Illumina's DNA Prep Library Preparation Kits and the NovaSeq X Reagent Kits is detailed in paragraphs 229 to 255 below.  *See* Ex. V; Ex. YY.

220.    Moreover, the following infringement analysis of the use of the NovaSeq X Series system is also representative of the use of the MiniSeq, MiSeq i100 Series, NextSeq 500/550/550Dx, NextSeq 1000/2000, and NovaSeq 6000/6000Dx systems, in conjunction with all of their respective "Library Preparation Kits" and "Sequencing Reagent Kits," as described below.

221.    Use of the NovaSeq X Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq X Series system and the compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

222.    Use of the MiniSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiniSeq system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

223.    Use of the MiSeq i100 Series Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiSeq i100 Series system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

224.    Use of the NextSeq 500/550/550Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 550/550Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

225.    Use of the NextSeq 1000/2000 Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 1000/2000 Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

226.    Use of the NovaSeq 6000/6000Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000/6000Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '174 patent.

227.    Illumina describes the following "differences" of its two-channel platforms:

> Please note the following differences between the NovaSeq X Series and other two-channel Illumina platforms:
>
> - The NovaSeq 6000, NextSeq 500/550, and MiniSeq: A channel uses combined Red and Green, and the C channel uses Red only.
> - The NextSeq 1000/2000 (Standard Reagents): A channel uses combined Blue and Green, and the C channel uses Blue only.
> - The NextSeq 1000/2000 (XLEAP Reagents): C channel uses combined Blue and Green, and the A channel uses Blue only.

Ex. M.

228.    According to Illumina, the MiSeq i100 is "powered by XLEAP-SBS chemistry" and "uses the following designations": "Clusters with intensity in green only: T"; "Clusters with intensity in blue only: C"; "Clusters with intensity in both channels: A"; and "Clusters with no intensity/dark: G." Ex. O.

### 1.    Infringement Analysis for At Least Claim 1 of the '174 Patent

229.    Claim 1 of the '174 Patent recites:

A method for determining an identity of a nucleotide at a position, comprising:

a) providing a device configured for measuring color in more than one detector channel, nucleic acid, polymerase, and a mixture of labeled and non-labeled reversible terminators, said labeled reversible terminators comprising a label linked to a nucleotide analogue, said label producing color;

b) incorporating, with said polymerase, a first nucleotide analogue from said mixture into said nucleic acid at a position;

c) detecting the label of said incorporated first nucleotide analogue in two channels with said device; and

d) determining the identity of the incorporated nucleotide at said position.

### (a)    Claim 1 preamble: "A method for determining an identity of a nucleotide at a position, comprising:"

230. According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. F. The NovaSeq X series for example "[u]ses XLEAP-SBS chemistry, an update to Illumina SBS chemistry." Ex. K at 21.

231. Illumina's "two channel" sequencing systems, including the NovaSeq X, sequence nucleotides using SBS, during which nucleotides are detected one-by-one after each nucleotide is incorporated into a growing nucleic acid strand. This process occurs on a plurality of growing nucleic acid strands, each of which is bound to a nucleic acid template. The NovaSeq X performs SBS when used in conjunction with Illumina's Library Preparation Kits and Sequencing Reagent Kits (such as NovaSeq X 1.5B Reagent Kit and Illumina DNA Prep). Ex. V; Ex. YY.

232. Therefore, the use of NovaSeq X practices a method for determining an identity of a nucleotide at a position.

        **(b)**     **"a) providing a device configured for measuring color in more than one detector channel, nucleic acid, polymerase, and a mixture of labeled and non-labeled reversible terminators, said labeled reversible terminators comprising a label linked to a nucleotide analogue, said label producing color;"**

            **(i)**     **"a device configured for measuring color in more than one detector channel**

233. The use of the NovaSeq X Series system requires the NovaSeq sequencer which comprises a device configured for measuring color in more than one detector channel. According to Illumina, the "Chemistry and Imaging on the NovaSeq Series Instruments," "uses two-color chemistry, which allows for very fast imaging of the flow cell using blue and green channels at every sequencing cycle." Specifically, "Clusters with intensity in green only; T"; "Clusters with Intensity in blue only: A"; "Clusters with intensity in both channels: C"; "Clusters with no intensity/dark: G." Ex. M.

            **(ii)**     **nucleic acid**

234.    Use of the NovaSeq X Series system requires a flow cell that is part of the NovaSeq Sequencing Reagent Kits.  A flow cell that has been prepared using Illumina Library Preparation and Sequencing Reagent Kits comprises single stranded nucleic acid templates disposed on a surface.  The single-stranded nucleic acid templates are replicated in "clusters," during which multiple copies of the same nucleic acid template are fixed to the surface of the flow cell.  *See* Ex. ZZ (Introduction to Next Generation Sequencing Technology, https://www.illumina.com/documents/products/illumina_sequencing_introduction.pdf) at 14 (defining "clusters" as "[a] clonal grouping of template DNA bound to the surface of a flow cell").

235.    For example, in the NovaSeq X Series system "single DNA molecules are bound to the surface of the flow cell and simultaneously amplified to form clusters," according to Illumina.  Ex. K at 5.

236.    According to Illumina, during SBS, "[s]equencing takes place onboard the Illumina instrument.  During this process, sequencing reagents, including fluorescently labeled nucleotides, are added to the DNA strand."



Ex. AAA (Excerpts from Illumina's "Sequencing: Illumina Technology" Course, https://support.illumina.com/training/introductory/sequencing-illumina-technology/sequencing-illumina-technology.html), Lesson 6.

> **(iii)  "polymerase, and a mixture of labeled and non-labeled reversible terminators, said labeled reversible terminators comprising a label linked to a nucleotide analogue, said label producing color"**

237.    Further, the use of the NovaSeq system requires the use of Illumina's NovaSeq X Series Sequencing Reagent Kits.  Ex. BBB (Consumable catalog numbers for the NovaSeq X Series kits, https://knowledge.illumina.com/instrumentation/novaseq-x-x-plus/instrumentation-novaseq-x-x-plus-reference_material-list/000007770); *see also* Ex. EE; Ex. YY.  According to Illumina, "XLEAP-SBS nucleotides use a novel, improved block and linker, and a new polymerase engineered to incorporate nucleotides faster and with higher fidelity. . ." Ex. J at 0:30-0:42; *see also* Ex. YY.

238.    According to Illumina, the labeled XLEAP-SBS nucleotides include an "X-BLOCK," "X-DYE," linked to a "base" (*i.e.*, nucleotide):



Ex. J at 0:33.

239.    Illumina's NovaSeq X Series system uses "two-color chemistry," according to Illumina.  Ex. M.

240.    Thus, at least the Adenine, Thymine, and Cytosine nucleotide analogues comprise a unique fluorescent label or dye.  Incorporated Thymine nucleotides emit light detected primarily in the green channel.  Incorporated Adenine nucleotides emit light detected primarily in the blue channel, while incorporated Cytosine nucleotides emit light detected sufficiently in both the green and blue channels:



Ex. M.

241.    On information and belief, the T, A, and C nucleotides of the XLEAP-SBS nucleotides are XLEAP-SBS nucleotides with X-DYE and are labeled reversible terminators comprising a label linked to a nucleotide analogue, said label producing color.

242.    On information and belief, the "G" nucleotides referred to as "dark" by Illumina are unlabeled XLEAP-SBS nucleotides.

243.    Thus, Illumina's NovaSeq X Series systems provide "nucleic acid, polymerase, and a mixture of labeled and non-labeled reversible terminators, said labeled reversible terminators comprising a label linked to a nucleotide analogue, said label producing color."

(c)    **"b) incorporating, with said polymerase, a first nucleotide analogue from said mixture into said nucleic acid at a position"**

244.    Each step of the SBS reaction cycle on the NovaSeq X using the Illumina reagent kit comprises a step of incorporating, with said polymerase, a first nucleotide analogue from said mixture into said nucleic acid at a position.

245.    Illumina depicts the SBS reaction cycle for the XLEAP-SBS nucleotides that shows a labeled Thymine(T) being incorporated by a polymerase into the growing nucleic acid strand. According to Illumina, the "XLEAP-SBS nucleotides use a novel, improved block and linker, and a new polymerase engineered to incorporate nucleotides faster and with higher fidelity. . ."



Ex. J at 0:30-0:42.

(d)    **"c) detecting the label of said incorporated first nucleotide analogue in two channels with said device; and"**

246.    Illumina's website shows that the NovaSeq X uses "two-channel chemistry." Ex. K at 6.    According to Illumina, "[c]lusters are imaged using two-channel chemistry, one green channel and one blue channel, to encode data for the four nucleotides." *Id.*

247.    According to Illumina in "2-channel chemistry," the systems, including the NovaSeq X Series system "[u]se[] two fluorescent dyes and two images per cycle to determine all four base calls." Ex. AAA, Lesson 7.

248.    In Illumina's two-channel systems, detecting the label of the incorporated nucleotide is done in two channels: "[u]sing blue and green in this example, each base emits an intensity as follows: A emits 50% blue and 50% green intensities; C emits 100% blue intensity; G is dark and does not emit any intensity; and T emits 100% green intensity.  Therefore, if we take a green image and a blue image, A is present in both images, represented here as a blend of the blue and green images.  C is only present in blue.  T is only present in green.  And G is represented here with a blank image."  Ex. AAA, Lesson 9.

249.    Thus, the NovaSeq X Series systems detect the label of said incorporated first nucleotide analogue in two channels with said device.

> **(e)    "d) determining the identity of the incorporated nucleotide at said position."**

250.    Illumina's NovaSeq X Series system uses "two-color chemistry," according to Illumina.  Ex. M.

251.    According to Illumina in "2-channel chemistry," the systems, including the NovaSeq X Series system "[u]se[] two fluorescent dyes and two images per cycle to determine all four base calls."  Ex. AAA, Lesson 7.

252.    In Illumina's two-channel systems, determining the identity of the incorporated nucleotide at a position is accomplished:  "[u]sing blue and green in this example, each base emits an intensity as follows: A emits 50% blue and 50% green intensities; C emits 100% blue intensity; G is dark and does not emit any intensity; and T emits 100% green intensity.  Therefore, if we take a green image and a blue image, A is present in both images, represented here as a blend of the blue and green images.  C is only present in blue.  T is only present in green.  And G is represented here with a blank image.  The template is still built over multiple cycles. … Let's look at how each basecall is made in two-channel sequencing.   Intensity from each cluster is plotted onto a

scatterplot of blue intensity vs. green intensity.  Each base is called according to the region of the scatterplot or base population that the cluster falls into."  Ex. AAA, Lesson 9.

253.    On the NovaSeq X, "[p]rimary analysis occurs on the sequencing instrument" using "Real-Time Analysis (RTA) software."  Ex. AAA, Lesson 12.

254.    According to Illumina, "The NovaSeq X Series runs RTA4, an implementation of Real-Time Analysis software, on the instrument compute engine (CE).  ***RTA4 extracts intensities from images received from the camera, performs base calling***, assigns a quality score to base calls, aligns to PhiX, and reports data in InterOp files for viewing in the NovaSeq X Series Control Software."  Ex. K at 65 (emphasis added).

255.    Thus, the NovaSeq system determines the identity of the incorporated nucleotide at said position.

### B.    Indirect Infringement of the '174 Patent

256.    Illumina's customers directly infringe at least claim 1 the '174 patent when they use Illumina's two-channel sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X), in combination with Illumina's recommended Library Preparation and Sequencing Reagent Kits.  Since at least the date of service or notice of the original complaint in this action, Illumina has been actively inducing infringement by its customers under 35 USC § 271(b) by continuing to sell two-channel sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series) and compatible Library Preparation Kits and Sequencing Reagent Kits for use in a set and outcome qualified manner as described in material such as user guides and manuals and educational materials that are provided with the accused products.  Using the products in these intended ways infringe at least claim 1 of the '174 patent

and therefore, Illumina is inducing its customers to infringe claim 1 of the '174 patent by using the identified systems in their normal and intended mode of operation.

257.    Since at least notice or service of the original complaint in this action, Illumina's continued offering of the accused products to its customers with instructions for use as described above has constituted a knowing act to induce infringement by its customers or willful blindness with regards to its customers' underlying infringement of the '174 patent.

258.    Since at least notice or service of the original complaint in this action, Illumina has contributed to infringement by its customers pursuant to 35 U.S.C. § 271(c).  Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or importing into the United States the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits knowing the same to be especially designed and optimized for use in practicing at least claim 1 of the '174 patent.  Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claim 1 of the '174 patent and provides qualified methods and instructions directing their customers to perform infringing methods.

259.    On information and belief, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems and Sequencing Reagent Kits designed for use in these systems, do not have a substantial noninfringing use with respect to at least claim 1 of the '174 patent.  Illumina sells these systems and associated Sequencing Reagent Kits to be exclusively compatible with one another, to be used during sequencing runs wherein the infringing method is performed.  These highly specialized products are not staple articles of commerce; they are specifically designed to be used in a manner that

infringes the '174 patent.  On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '174 patent.

260.    On information and belief, Illumina's continued actions as described herein, after having been put on notice through the original complaint in this action, constitute willful infringement.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 9,909,174

261.    Element hereby re-alleges and incorporates by reference the allegations contained in the preceding paragraphs 1 through 58 and 214 through 260 as if fully set forth herein.

262.    Illumina and its customers have directly infringed and continue to directly infringe at least claim 1 of the '174 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using "two-channel" sequencing systems (such as the MiniSeq, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems) in combination with Library Preparation Kits, and Sequencing Reagent Kits within the United States.  Specifically, Illumina has used the accused methods and systems in the United States in connection with research, development, installation, testing, and qualification activities. Illumina's customers have used the accused methods in the United States in connection with at least DNA sequencing activities.

263.    Illumina has had knowledge of the '174 patent since at least the date of service or notice of the original complaint in this action.

264.    Since at least the date of service or notice of the original complaint in this action, Illumina has and will continue to actively induce others to infringe at least claim 1 of the '174 patent in violation of 35 U.S.C. § 271(b) by, at least, causing, instructing, urging, encouraging,

and/or aiding others to directly infringe at least claim 1 of the '174 patent by using at least the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits to perform the claimed methods, as detailed in paragraphs 214 to 260, above.

265.    On information and belief, Illumina has acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '174 patent since at least the date of service or notice of the original complaint in this action.

266.    Illumina is liable for contributory infringement of the '174 patent pursuant to 35 U.S.C. § 271(c). Specifically, Illumina has contributed to the infringement by its customers of the '174 patent by selling and offering to sell within the United States sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits for practicing the claimed invention of the '174 patent, including at least the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems, as well as their compatible Library Preparation Kits and Sequencing Reagent Kits, as described in paragraphs 214 to 260, above. The aforementioned products, which are designed, supplied and supported by Illumina, constitute a material part of the claimed invention of the '174 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

267.    On information and belief, Illumina's infringement of the '174 patent has been willful and deliberate since at least as of the date of service of the original complaint in this action.

268.    Illumina's infringement of the '174 patent has injured Element in its business and property rights. Element is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

269.     Illumina's infringement of the '174 patent has caused irreparable harm to Element and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## ILLUMINA'S INFRINGEMENT OF THE '887 PATENT

### A.     Direct Infringement of the '887 Patent

270.     Element hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 58 as if fully set forth herein.

271.     As described below, use of Illumina's "two-channel" sequencing systems in combination with Illumina's "Library Preparation Kits" and "Sequencing Reagent Kits" in the United States by Illumina and its customers constitutes direct infringement of at least claim 1 of the '887 patent.

272.     Illumina's and its customers' prior and continued use in the United States of Illumina's "two channel" sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems) in combination with Illumina's Library Preparation Kits and Sequencing Reagent Kits constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claim 1 of the '887 patent.

273.     By way of example only, direct infringement of claim 1 by Illumina and its customers' use of the NovaSeq X Series system in combination with Illumina's DNA Prep Library Preparation Kits and the NovaSeq X Reagent Kits is detailed in paragraphs 283 to 322 below.  *See* Ex. V; Ex. YY.

274.     Moreover, the following infringement analysis of the use of the NovaSeq X Series system is also representative of the use of the MiniSeq, MiSeq i100 Series, NextSeq

500/550/550Dx, NextSeq 1000/2000, and NovaSeq 6000/6000Dx systems, in conjunction with all of their respective "Library Preparation Kits" and "Sequencing Reagent Kits," as described below.

275.    Use of the NovaSeq X Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq X Series system and the compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

276.    Use of the MiniSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiniSeq system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

277.    Use of the MiSeq i100 Series Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiSeq i100 Series system and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

278.    Use of the NextSeq 500/550/550Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 550/550Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

279.    Use of the NextSeq 1000/2000 Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq 1000/2000 Series systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

280.    Use of the NovaSeq 6000/6000Dx Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000/6000Dx systems and compatible Library Preparation Kits constitutes infringement of at least claim 1 of the '887 patent.

281.    Illumina describes the "following differences" of its two-channel platforms:

> Please note the following differences between the NovaSeq X Series and other two-channel Illumina platforms:
>
> - The NovaSeq 6000, NextSeq 500/550, and MiniSeq: A channel uses combined Red and Green, and the C channel uses Red only.
> - The NextSeq 1000/2000 (Standard Reagents): A channel uses combined Blue and Green, and the C channel uses Blue only.
> - The NextSeq 1000/2000 (XLEAP Reagents): C channel uses combined Blue and Green, and the A channel uses Blue only.

Ex. M.

282.    According to Illumina, the MiSeq i100 is "powered by XLEAP-SBS chemistry" and "uses the following designations": "Clusters with intensity in green only: T"; "Clusters with intensity in blue only: C"; "Clusters with intensity in both channels: A"; and "Clusters with no intensity/dark: G." Ex. O.

### 1.    Infringement of Claim 1 of the '887 Patent

283.    Claim 1 of the '887 Patent recites:

A method of incorporating labeled nucleotides into nucleic acid, comprising:

a) providing a plurality of nucleic acid template molecules, a polymerase, a cleaving agent, and a mixture of labeled and non-labeled reversible nucleotide analogue terminators, said labeled reversible nucleotide analogue terminators comprising a label linked to a nucleotide analogue, said label producing color, wherein said labeled reversible nucleotide analogues are labeled with at least one type of fluorescent dye; wherein each reversible terminator contains a reversibly removable chemical moiety capping the 3′-OH group;

b) incorporating a first labeled nucleotide analogue with said polymerase;

c) detecting color of said at least one type of fluorescent dye of the incorporated nucleotide analogue in two channels;

d) removing i) said label of the incorporated nucleotide analogue and ii) said reversibly removable chemical moiety capping the 3′-OH group, with said cleaving agent; and

e) incorporating a second nucleotide analogue.

> **(a)   Claim 1 preamble: "A method of incorporating labeled nucleotides into nucleic acid, comprising:"**

284.   According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology."  Ex. F.  During sequencing on Illumina's systems, "[a] fluorescently labeled reversible terminator is imaged as each dNTP is added and then cleaved to allow incorporation of the next base."  Ex. I.  Thus, sequencing on all of Illumina's sequencing systems involves incorporating labeled nucleotides into nucleic acid.

285.   Illumina's NovaSeq X Series product documentation further confirms that the NovaSeq X Series "[u]ses XLEAP-SBS chemistry, an update to Illumina SBS chemistry."  Ex. K at 21.  The NovaSeq X is designed to sequence nucleotides using SBS, during which labeled nucleotides are detected one-by-one after each nucleotide is incorporated into a growing nucleic acid strand.  The NovaSeq X performs SBS when used in conjunction with Illumina's Library Preparation Kits and Sequencing Reagent Kits.

286.   Thus, use of the NovaSeq X Series systems incorporates labeled nucleotides into nucleic acid.

> **(b)   "a) providing a plurality of nucleic acid template molecules"**

287.   Use of the NovaSeq X Series system requires a flow cell (*e.g.*, the 10B, 25B, and 1.5B flow cells that are part of the NovaSeq X Sequencing Reagent Kits) that comprises a plurality of nucleic acid template molecules.

288.    For example, Illumina's NovaSeq X Series product documentation describes the reaction chambers formed within the NovaSeq X flow cells:

> The NovaSeq X Series 10B Flow Cell, NovaSeq X Series 25B Flow Cell, and NovaSeq X Series 1.5B Flow Cell are patterned flow cells encased in plastic cartridges. ***The flow cell is a glass-based substrate containing billions of nanowells in an ordered arrangement, which increases the number of output reads and sequencing data. Clusters are generated in the nanowells from which sequencing is then performed***…. The undersides of the NovaSeq X Series 10B Flow Cell and NovaSeq X Series 25B Flow Cell contain one inlet gasket and eight outlet gaskets. The underside of the NovaSeq X Series 1.5B Flow Cell contains one inlet gasket and two outlet gaskets. ***Reagents enter the flow cell lanes through the gasket on the inlet end of the flow cell. Reagents are expelled from the lanes through the gaskets at the outlet end***.

Ex. K at 21 (emphases added).  Clusters of nucleic acid templates are generated in the nanowells etched into the glass substrate, and sequencing reagents are flowed through the flow cell during the sequencing run.

289.    During cluster generation, DNA molecules are bound to nanowells etched into the surface of the flow cell and simultaneously amplified to form clusters.  The lanes of the flow cell are coated with oligos complementary to the library adapter sequencing, allowing the library to adhere to the flow cell for a sequencing run.  *See id.* at 5.  The flow cell contains inlet and outlet gaskets, allowing reagents to enter and exit the flow cell reaction chamber.  *Id.* at 21.

290.    Thus, use of the NovaSeq X Series system comprises providing a plurality of nucleic acid template molecules.

### (c)    "a) providing . . . a polymerase,"

291.    The use of the NovaSeq system requires the use of Illumina's NovaSeq X Series Sequencing Reagent Kits.  Ex. BBB; *see also* Ex. EE; Ex. YY.  According to Illumina, "XLEAP-SBS nucleotides use a novel, improved block and linker, and a new polymerase engineered to incorporate nucleotides faster and with higher fidelity. . . ." Ex. J at 0:30-0:42; *see also* Ex. YY.

292.     Sequencing using Illumina's XLEAP SBS chemistry "begins with the extension of the first sequencing primer to produce the first read.  With each cycle, a mix of fluorescently tagged nucleotides are available for addition to the growing chain."  *See* Ex. G at 2:19-2:30.  As depicted in the "Overview of Illumina Sequencing by Synthesis Workflow" video, at least Adenine, Cytosine, and Thymine nucleotides with unique labels are available for addition into the growing chain:



Ex. G at 2:24; *see also* Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added and then cleaved to allow incorporation of the next base. Since ***all four reversible terminator-bound dNTPs are present during each sequencing cycle***, natural competition minimizes incorporation bias.") (emphasis added).

293.     A single fluorescent base (complementary to the sequence of the template) is incorporated by the polymerase, shown in orange, in each cycle.  Here, the fluorescently labeled Adenine nucleotide is incorporated complementary to the Thymine nucleotide in the template:

73



Ex. G at 2:31.

294.    Thus, use of the NovaSeq X Series system comprises providing a polymerase.

**(d)    "a) providing . . . a cleaving agent, and"**

295.    In Illumina's SBS technology, following image acquisition in a given Illumina SBS cycle, the fluorescent label and removable chemical moiety capping the 3′-OH group are cleaved to allow incorporation of the next nucleotide.  Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added ***and then cleaved to allow incorporation of the next base***.") (emphasis added).

296.    Cleavage is accomplished by use of a cleaving agent.  For example, Illumina lists the '831 Patent on its virtual patent marking website for NovaSeq X Related Products.  Ex. MM. The '831 patent claims a method of determining the sequence of a single-stranded polynucleotide, comprising "chemically removing the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy polynucleotide strand."  Ex. WW at claim 24.

297.    The '831 patent also claims kits comprising Pd catalysts.  *Id.* at claims 30-34.  The '831 patent specification describes a Pd catalyst cleaving agent, and states that in some

embodiments of the claimed method "the cleavage solution (also called cleavage mix) comprises a Pd catalyst described herein."  *Id*. at 38:32-44; *see also id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").

298.    According to Illumina's '962 patent, as of at least 2019, "sequencing protocols for Illumina, Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, *a deblocking composition*, and a universal wash composition" where the "*deblocking composition comprises a cleavage agent*."  Ex. XX at 23:62-24:4 (emphases added). As described, the deblocking composition comprises a cleaving agent.

299.    On information and belief, at least the NovaSeq X Series system practices the methods claimed and disclosed in the '831 patent, including determining the sequence of a polynucleotide by steps including chemically removing, or cleaving, the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy nucleotide strand.

300.    Thus, use of the NovaSeq X Series systems provides a cleaving agent.

> **(e)**    **"a) providing . . . a mixture of labeled and non-labeled reversible nucleotide analogue terminators said labeled reversible nucleotide analogue terminators comprising a label linked to a nucleotide analogue, said label producing color, wherein said labeled reversible nucleotide analogues are labeled with at least one type of fluorescent dye;"**

301.    According to Illumina, the labeled XLEAP-SBS nucleotides include an "X-BLOCK," "X-DYE," linked to a "base" (*i.e.*, nucleotide):



Ex. J at 0:33.

302.    Illumina's NovaSeq X Series system uses "two-color chemistry," according to Illumina.  Ex. M.

303.    For the NovaSeq X Series systems, Illumina provides a Sequencing Reagent Kit comprising at least Adenine, Thymine, and Cytosine nucleotide analogues comprising a fluorescent label or dye.  Incorporated Thymine nucleotides emit light detected primarily in the green channel.  Incorporated Adenine nucleotides emit light detected primarily in the blue channel, while incorporated Cytosine nucleotides emit light detected sufficiently in both the green and blue channels:



Ex. M.

304.    On information and belief the Adenine, Thymine, and Cytosine nucleotides of the XLEAP-SBS nucleotides are XLEAP-SBS nucleotides with X-DYE and are labeled reversible nucleotide analogue terminators, each of which are labeled with at least one type of fluorescent dye.

305.    On information and belief, the Guanine nucleotides of the XLEAP-SBS nucleotides are XLEAP-SBS nucleotides and referred to as "dark" by Illumina are unlabeled reversible nucleotide analogue terminators.

306.    Thus, use of the NovaSeq X Series systems provides a mixture of labeled and non-labeled reversible nucleotide analogue terminators.

**(f)    "b) incorporating a first labeled nucleotide analogue with said polymerase;"**

307.    As described above, Illumina's NovaSeq X Series product documentation describes how sequencing reagents, including the first solution comprising polymerase and labeled nucleotides, enter the flow cell reaction chamber through an inlet gasket: "The NovaSeq X Series 10B Flow Cell, NovaSeq X Series 25B Flow Cell, and NovaSeq X Series 1.5B Flow Cell are patterned flow cells encased in plastic cartridges. … The undersides of the NovaSeq X Series 10B

Flow Cell and NovaSeq X Series 25B Flow Cell contain one inlet gasket and eight outlet gaskets. The underside of the NovaSeq X Series 1.5B Flow Cell contains one inlet gasket and two outlet gaskets. ***Reagents enter the flow cell lanes through the gasket on the inlet end of the flow cell.*** Reagents are expelled from the lanes through the gaskets at the outlet end." Ex. K at 21 (emphasis added).

308.     A sequencing run on a NovaSeq X Series system "begins with the extension of the first sequencing primer to produce the first read.  With each cycle, a mix of fluorescently tagged nucleotides are available for addition to the growing chain." *See* Ex. G 2:19-2:30.

309.     A single fluorescent base (complementary to the sequence of the template) is incorporated by the polymerase, shown in orange, in each cycle.  Here, the fluorescently labeled Adenine nucleotide is incorporated complementary to the Thymine nucleotide in the template:



Ex. G at 2:31.

310.     Thus, use of the NovaSeq X Series systems comprises incorporating a first labeled nucleotide analogue with said polymerase.

> (g)    "c) detecting color of said at least one type of fluorescent dye of the incorporated nucleotide analogue in two channels;"

311.    After addition of each nucleotide, the clusters are excited and a fluorescent signal is emitted.  Ex. G at 2:36-2:45.  Each of the fluorescently labeled nucleotides emits a unique fluorescent intensity making it identifiable.  The fluorescent signal is detected with a camera.  Ex. K at 65 ("RTA4 extracts intensities from images received from the camera").

312.    The NovaSeq X Series systems image clusters using two-channel chemistry, one green channel and one blue channel, to encode data for all four nucleotides.  *Id*. at 6.  At least the Adenine, Thymine, and Cytosine nucleotide analogues are fluorescently labeled.  Incorporated Thymine nucleotides emit light detected primarily in the green channel but also emit light detectable in the blue channel.  Incorporated Adenine nucleotides emit light detected primarily in the blue channel but also emit light detectable in the green channel, while incorporated Cytosine nucleotides emit light detected sufficiently in both the green and blue channels:



Ex. M.

313.    In prior litigation involving Illumina's two-channel sequencing systems, Dr. Christopher Mason testified as Illumina's technical expert regarding the detection of the NovaSeq 6000: "they're signaling both these channels, the CV3, this label base is signaling in both

the green and the red channel at 54,000 and 2.3 million counts." According to Dr. Mason, "we see signal in both the channels" and "[i]t's used to call all the bases that the instrument run." Similarly for other Illumina two-channel instruments (NextSeq 500, 550Dx, and MiniSeq), Dr. Mason confirmed that "we can see[] the detection in both these channels. . .you're getting signal in both of these channels." *Complete Genomics, Inc. v. Illumina, Inc.*, No. 19-970-MN, D.I. 423 at 1267:19-1268:21 (D. Del. May 2, 2022, filed June 14, 2022); *see also id*. at 1267:3-13 (confirming that "signal that's in both channels" is "used to make the base call").

314.    Thus, use of the NovaSeq X Series systems comprises detecting color of said at least one type of fluorescent dye of the incorporated nucleotide analogue in two channels.

> **(h)    "d) removing i) said label of the incorporated nucleotide analogue and ii) said reversibly removable chemical moiety capping the 3′-OH group, with said cleaving agent; and"**

315.    Following image acquisition in a given Illumina SBS cycle, the fluorescent label and removable chemical moiety capping the 3′-OH group are cleaved to allow incorporation of the next base. Ex. I ("A fluorescently labeled reversible terminator is imaged as each dNTP is added ***and then cleaved to allow incorporation of the next base*.") (emphasis added). As described above, Illumina's NovaSeq X Series product documentation describes how sequencing reagents, including the solution comprising reagents to cleave the fluorescent label and chemical moiety capping the 3′-OH group, enter the flow cell reaction chamber through an inlet gasket. Ex. K at 21.

316.    Cleavage is accomplished by use of a cleaving agent. For example, Illumina lists the '831 Patent on its virtual patent marking website for NovaSeq X Related Products. Ex. MM. The '831 patent claims a method of determining the sequence of a single-stranded polynucleotide, comprising "chemically removing the detectable label and the 3′-OH blocking group from the nucleotide incorporated into the copy polynucleotide strand." Ex. WW at claim 24.

317.    The '831 patent also claims kits comprising Pd catalysts.  *Id*. at claims 30-34.  The '831 patent specification describes a Pd catalyst cleaving agent, and states that in some embodiments of the claimed method "the cleavage solution (also called cleavage mix) comprises a Pd catalyst described herein."  *Id*. at 38:32-44; *see also id.* at 27:45-48 ("In some embodiments, the 3′ acetal blocking group and the cleavable linker described herein may be cleaved by a palladium catalyst.").

318.    As of at least 2019, "sequencing protocols for Illumina, Inc.'s 2-channel platform include the use of an incorporation composition, a scan composition, *a deblocking composition*, and a universal wash composition" where the "*deblocking composition comprises a cleavage agent*."  Ex. XX at 23:62-24:4 (emphases added).

319.    On information and belief, at least the NovaSeq X Series system practices the methods claimed and disclosed in the '831 patent, including the step of cleaving the detectable label and removing the 3′-OH blocking group from the nucleotide via a cleaving agent.

320.    Thus, use of the NovaSeq X Series comprises removing i) said label of the incorporated nucleotide analogue and ii) said reversibly removable chemical moiety capping the 3′-OH group, with said cleaving agent.

**(i)      e) incorporating a second nucleotide analogue.**

321.    In Illumina's SBS, as practiced using the NovaSeq X Series system, the process to determine a sequence of a nucleic acid is depicted in Illumina's "Overview of Illumina Sequencing by Synthesis Workflow" video.  Ex. G at 2:18-2:32 ("With each cycle, a mix of fluorescently tagged nucleotides are available for addition to the growing chain."); *id.* at 2:32-3:00 (describing repeated cycles of SBS).

322.    Use of the NovaSeq X comprises carrying out multiple cycles of the SBS reaction, wherein each subsequent cycle of the multiple cycles of the SBS reaction is performed by incorporating a subsequent nucleotide analogue.

**B.    Indirect Infringement of At Least Claim 1 of the '887 Patent**

323.    Illumina's customers directly infringe at least claim 1 of the '887 patent when they use Illumina's two-channel sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series), in combination with Illumina's recommended Library Preparation and Sequencing Reagent Kits.  Since at least the date of service or notice of the original complaint in this action, Illumina has been actively inducing infringement by its customers under 35 USC § 271(b) by continuing to sell two-channel sequencing systems (*e.g.*, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series) and compatible Library Preparation Kits and Sequencing Reagent Kits for use in a set and outcome qualified manner as described in material such as user guides and manuals and educational materials that are provided with the accused products.  Using the products in these intended ways infringes at least claim 1 of the '887 patent and therefore, Illumina is inducing its customers to infringe claim 1 of the '887 patent by using the identified systems in their normal and intended mode of operation.

324.    Since at least notice or service of the original complaint in this action, Illumina's continued offering of the accused products to its customers with instructions for use as described above has constituted a knowing act to induce infringement by its customers or willful blindness with regards to its customers' underlying infringement of the '887 patent.

325.    Since at least notice or service of the original complaint in this action, Illumina has contributed to infringement by its customers pursuant to 35 U.S.C. § 271(c).  Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or

importing into the United States the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems and compatible Library Preparation Kits and Sequencing Reagent Kits knowing the same to be especially designed and optimized for use in practicing claim 1 of the '887 patent. Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claim 1 of the '887 patent and provides qualified methods and instructions directing their customers to perform infringing methods.

326. On information and belief, the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems and Sequencing Reagent Kits designed for use in these systems, do not have a substantial noninfringing use with respect to claim 1 of the '887 patent. Illumina sells these systems and associated Sequencing Reagent Kits to be exclusively compatible with one another, to be used during sequencing runs wherein the infringing method is performed. These highly specialized products are not staple articles of commerce; they are specifically designed to be used in a manner that infringes the '887 patent. On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '887 patent.

327. On information and belief, Illumina's continued actions as described herein, after having been put on notice through the original complaint in this action, constitute willful infringement.

### COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 11,001,887

328. Element hereby re-alleges and incorporates by reference the allegations contained in the preceding paragraphs 1 through 58 and 270 through 327 as if fully set forth herein.

329.    Illumina and its customers have directly infringed and continue to directly infringe at least claim 1 of the '887 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using "two-channel" sequencing systems (such as the MiniSeq, MiSeq i100, NextSeq 500/550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems) in combination with Library Preparation Kits, and Sequencing Reagent Kits within the United States.  Specifically, Illumina has used the accused methods and systems in the United States in connection with research, development, installation, testing, and qualification activities. Illumina's customers have used the accused methods in the United States in connection with at least DNA sequencing activities.

330.    Illumina has had knowledge of the '887 patent since at least the date of service or notice of the original complaint in this action.

331.    Since at least the date of service or notice of the original complaint in this action, Illumina has and will continue to actively induce others to infringe at least claim 1 of the '887 patent in violation of 35 U.S.C. § 271(b) by, at least, causing, instructing, urging, encouraging, and/or aiding others to directly infringe at least claim 1 of the '887 patent by using at least the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits to perform the claimed methods, as detailed in paragraphs 270 to 327, above.

332.    On information and belief, Illumina has acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '887 patent since at least the date of service or notice of the original complaint in this action.

333.    Illumina is liable for contributory infringement of the '887 patent pursuant to 35 U.S.C. § 271(c).  Specifically, Illumina has contributed to the infringement by its customers of the

'887 patent by selling and offering to sell within the United States sequencing systems, Library Preparation Kits, and Sequencing Reagent Kits for practicing the claimed invention of the '887 patent, including at least the MiniSeq, MiSeq i100, NextSeq 550/550Dx, NextSeq 1000/2000, NovaSeq 6000/6000Dx, and NovaSeq X Series systems, as well as their compatible Library Preparation Kits and Sequencing Reagent Kits, as described in paragraphs 270 to 327, above. The aforementioned products, which are designed, supplied and supported by Illumina, constitute a material part of the claimed invention of the '887 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

334. On information and belief, Illumina's infringement of the '887 patent has been willful and deliberate since at least as of the date of service of the original complaint in this action.

335. Illumina's infringement of the '887 patent has injured Element in its business and property rights. Element is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

336. Illumina's infringement of the '887 patent has caused irreparable harm to Element and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

### PRAYER FOR RELIEF

337. WHEREFORE, Element respectfully prays for the following relief:

   a. A judgment finding that Illumina has infringed one or more claims of the '161 patent, the '301 patent, the '174 patent, and the '887 patent;

   b. An award of damages pursuant to 35 U.S.C. § 284, including an award of costs, and pre- and post-judgment interest;

   c. Enhanced damages up to three times the amount found or assessed for the infringement of the '161 patent, the '301 patent, the '174 patent, and the

'887 patent pursuant to 35 U.S.C. § 284 on the ground that Illumina's infringement of those patents has been deliberate and willful since at least as of the date of service of the original complaint in this action;

d.    An injunction against infringement of the '161 patent, the '301 patent, the '174 patent, and the '887 patent;

e.    A declaration that this case is exceptional within the meaning of 35 U.S.C. § 285, and awarding reasonable attorneys' fees, costs and disbursement incurred as a result of this action;

f.    Any further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

338.    Element hereby demands a jury trial on all issues so triable.

Dated: December 8, 2025

*Of Counsel*:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Kevin P.B. Johnson
Andrew Bramhall
Margaret Shyr
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Andrew Tigchelaar
295 5th Ave., 9th Floor
New York, NY 10016
(212) 849-7000
andrewtigchelaar@quinnemanuel.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiff Element Biosciences, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
khummel@cravath.com
sgoswami@cravath.com
jmooney@cravath.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiff Element Biosciences, Inc.*