## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELEMENT BIOSCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1175-JLH-EGT |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 17th day of June 2026:

WHEREAS, on December 22, 2025, Defendant Illumina, Inc. filed its Motion to Dismiss for Failure to State a Claim (D.I. 25);

WHEREAS, on May 28, 2026, Magistrate Judge Eleanor G. Tennyson issued a Report and Recommendation ("R&R") (D.I. 60), recommending that the Court deny Defendant's motion to dismiss;

WHEREAS, no party filed objections pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finds no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 60) is ADOPTED. Defendant's Motion to Dismiss (D.I. 25) is DENIED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE